**FILED**
NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES G. KING JR.
105-32 131 ST. POBOX 3411039
JAMAICA NEW YORK 11434
(240) 672-3045

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI



V

WELLS FARGO BANK
;ONE-HOME CAMPUS,DES MOINES,IOWA,50328

## COMPLAINT

REAL PROPERTY CODE.. 220 FORECLOSURE
  COMES NOW PLAINTIFF AND HIS TO STATE AS FOLLOWS:
THAT UNDER CODE 875 WITH RESPECT ,,,TO 12 USC,3410-GENERAL CIVIL :THAT WE RESPECTFULLY REQUEST CODE D 'A TEMPORARY RESTRAINING,,ORDER'THAT SHALL IMMEDIATELY HALT PER 'INJUNCTION'ANY AND ALL FORCLOSURE PROCEEDINGS AT VENUE 5321 BLAINE STREET,WASHINGTON ,D.C PENDING A SWEEPING INVESTIGATION OF SAID PROCEEDING FOLLOW:

SAID FORECLOSURE ; AUCTION OF THIS PARCEL OF LAND AND IT'S DWELLING IS SET TO PROCEED ON NOVEMBER 7,2007.
  REASON FOR THIS INJUNCTION FOLLOWS:
   1. PLAINTIFF'S RIGHTS WERE TAKEN WHEN NO ADVANCE NOTICE
   2. OF'ACCELERATION'WAS GIVEN PER WRIT OR NOTICE ..
   3. THE RETURN OF PLAINTIFF'S MONTHLY PAY;MENTS WERE
       RETURNED TO HIM MARKED WAMU.

4. DICTUM SHOWS NO PU·BLIC OR NEWSPAPER ADVERTMENT.
5. PLAINTIFF'S CALLS TO THE WELLS FARGO HOME OFFICE WERE
6. EITHER INTERRUPTED OR SHUT DOWN.
    PLAINTIFF:SANCTIONS FOLLOW
ARTICLE 3,SECTION 1,OF THE UNITED STATES CONSTITUTION.
    CONSTITUTIONAL AMENDMENTS 3,4,14.15 RESPECTIVELY HOLD
    LEGAL MERIT IN THIS CAUSE OF ACTION.

    NOTE:  A JURY TRIAL IS RESPECTFULLY REQUESTED
          AN OATH FROM DEFENDANTS WITH RESPECT TO STAT.-
          371 (TRUTH IN LENDING LAWS).

        SIGNATORY
        JAMES G. KING,JR.-PLAINTIFF
        G56-7731 U.S.SCT.

Mr. James G. King, Jr.
105-32 131 St. (PO Box 341193)
Jamaica, N.Y. 11434
(240) 672-3045

  

FedEx Kinkos of Rockville Maryland     Telephone: 301.881.6810  Fax: 301.881.6309

# Fax Cover Sheet

Date __11-03-07__     Number of pages ____ (including cover page)

**To:**
Name __MB Shapiro + Burson, LLP__
Company __13135 Lee Jackson Highway (Suite 201) Fairfax, Va, 22033__
Telephone __(703) 449-5800__
Fax __Fax # (703) 449-5850__

**From:**
Name __Mr. James G. King, Jr.__
Company __N.A.__
Telephone __(240) 672-3045__

**Comments**
In Compliance To / conformance, with Public Law- 90-566, and Fed. General Law- 65.1 - I the undersigned - Require a working Telephone number and fax number for your client (one) Wells Fargo Bank, NA - one Home Campus drive - Des Moines, Iowa, 50328. In particular its' CEO.
Reason: Venue - 5321 Blaine St., N.E., Washington, D.C. has passed the 'acceleration status', and moved to Foreclosure and Auction without legal notice (Writ). This has made compliance virtually impossible.

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

Note: a complete, itemized payment history for this Venue is needed in order to insure legal compliance.
    Mr. James G. King, Jr.; G.56-7731 U.S.S.ct.
    (Ref. acct # 84575774)

**FILED**
07 1999        NOV - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Mr. James G. King, Jr.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

**DEFENDANTS**

Wells Fargo Bank N.A.
One Home Campus
Des Moines, Iowa 50328

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

105-32 131 Street (PO Box 341193)
Jamaica, N.Y. 11434  (240) 672-3045

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one in a corresponding Nature of Suit**)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/Malpractice* | ☐ C. *Administrative Agency Review* | ☒ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☒ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

(1)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

12 U.S.C. § 3410 (General).

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint  JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 11.6.07

SIGNATURE OF ATTORNEY OF RECORD  Mr. James J. King, Jr. G56-7731 U.S. Set.

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd