IN THE UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. KING, JR  PLAINTIFF

V.

Wells Fargo Bank NA.

Serve-SHAPIRO AND BURSON  DEFENDANTS
AGENTS FOR WELLS FARGO BANK ET AL

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI

(MOTION OF INTENT: VENUE)
Plaintiffs Motion For Temporary Restraining Oder   Local Rule 65.1

FOREWORD

PURSUANT TO PUBLIC LAW 90=566, APPROVED OCTOBER 12.1968
THE PROPERTY LOCATED AT VENUR\ 6321 BLAINE ST.N.E, D.C, 30019
SECURED BY THE DEED OF TRUST NOTE NUMBER NOVEMBER 21
  1995 (9500070007' IS LOCATED ON FEDERAL TERRITORY AND
       GOVERNED THE NINETY NINE YEAR LEASE DICTUM VIA
  1996 BY THE UNITED STATES CONGRESS\ FEDERAL COURTS
FURTHER THE PROPERTY IN QUESTION IS COVERED PER A NINETY –NINE
YEAR LEASE, ADMINISTERED BY THESE COURTS AND THE UNITED STATES
CONGRESS.,

MOTION

NOW HERE COMES PLAINTIFF AND HIS TO MOVE THESE COURTS, IN THE
INTEREST OF JUSTICE HUMAN DECENCY TO EXAMINF AND ADJUDICATE
THE CURRENT IMPASSE, APPLYING THE EXISTING LEASE LAWS,
SINCE DEFENDANTS AND THEIRS ARE UNDER THE IMPRESSION THAT
THESE LEGAL INSTRUMENTS HAVE LITTLE OR NO VALIDITY.

ISSUES
  DOES PLAINTIFF AND HIS SURVIVORS HAVE LEGAL EQUITY IN
THIS CAUSE OF ACTION ?

  WHAT JUSTIFICATION DOES DEFENDANT HAVE TO MOVE THIS
LEGAL CAUSE TO PUBLIC AUCTION AND FORECLOSURE - ULTIMATE
PUBLIC SALE, ?

LEGAL SANCTION

BASIS FOR FEDERAL INTERVENTION ARTICLE 3,,SECTION 1, OF THE
UNITED STATES CONSTITUTION.,
BROWN V BOARD OF EDUCATION . KANSAS

Mr. James G. King, Jr
105-32 131 st. (PO Box 341(193)
Jamaica, N.Y. 11434
(240) 672-3045

2.

United States District Court
For The District of Columbia

James G. King, Jr.

v

Wells Fargo Bank, Na

Local Rule 65.1

Comes now plaintiff to state as follows:
I Did on Date 11-05-07 Give Defendants 'Courtesy Copies'; of, (1) plaintiff's motion for The 'Temporary Restraining order' (Rule 65.1) for Venue - 5321 Blaine St., N.E. DC 20019

(2) The Complaint file with a note attached ('Jury Trial is requested').

This packard was Faxed to Defendant at approximately 3:00 PM at the Fed Ex office, in Germantown, Maryland.
This packard was addressed to the attention of atty Shapiro - The Law firm Shapiro + Burson.
Fax # 103 449-5850

Signatory
mr. James G. King, Jr
G.56-7731 U.S. Sct.

07 1999

**FILED**

NOV - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT