UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING JR.,<br><br>   Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK,<br><br>   Defendant. | Civil Action 07-01999  (HHK) |

**O R D E R**

  This case was filed *pro se* on November 6, 2007, and was accompanied by a motion for a temporary restraining order.  The court has been informed that the event which plaintiff sought to enjoin, the foreclosure on property located in Washington, D.C., has come to pass. Consequently, it is appropriate to deny the motion for a temporary restraining order as it is moot.

  Plaintiff is advised to seek legal counsel to represent his interests in this matter.

  **SO ORDERED**

                     Henry H. Kennedy, Jr.
                     United States District Judge

Dated: November 9, 2007