The U.S. District Court.
For The District of Columbia

James G. King - plaintiff

v.

Wells Fargo Bank, Na.

Case # 07-1999 (HHK)

Plaintiff's - Writ of Restitution

RECEIVED
NOV - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADDENDUM tro/

Motion of intent : 1  07 cv 01999

(writ of restitution)

NOW HERE COMES PLAINTIFF AND HIS TO STATE FOR THE RECORD THE

FOLLOWING :

1. ACQUISITION OF THE MORTGAGE NOTE OF VENUE 5321 BLAINE ST.,N.E,DC20019
2. BY WELLS FARGO BANK FROM ITS ORIGINAL POSSESSOR ,DOES NOT GIVE CREDENCE TO A PAYMENT OF FIVE HUNDRED SEVENTY EIGHT DOLLARS AND SEVENTEEN CENTS OF RECORD AS OF  11=02=95. THIS PAYMENT WAS POSTED PER THE UNITED STATES MAIL SERVICE ON OR ABOUT  11=01-95.
3. THIS PAYMENT WAS NOT REFLECTED PER MORTGAGE PAYMENT RECORD SENT TO THE PRESENT POSSESSOR ONE WELLS FARGO BANK.AND HAS NOT TO DATE
4. BEEN INCORPORATED INTO THE WELLS  FARGO BANK RECORDS.(AS THE COMPLETE MORTGAGE PAYMENT REFLECTS)

NOW HERE COMES PLAINTIFF AND HIS TO DEMAND A COMPLETE REVIEW OF THE ENTIRE MORTGAGE HISTORY OF VENUE -5321 BLAINE ST.,NE,DC  20019  SECURED PER DEED OF TRUST NOTE 9599970007 OF DATE NOVEBER 21,1995.

ISSUE

WHERE IS THIS PAYMENT IN THE AMOUNT OF FIVE HUNDRED SEVENTY EIGHT DOLLARS

AND SEVENTEEN CENTS  ?

HOW DOES WELLS FARGO BANK AND ITS AGENTS PROCEED TO FORECLOSURE AND AUCTION  WITHOUT PRODUCING A COMPLETE AND CONCISE PAYMENT Record ?

PLAINTIFFAND HIS HOLD AS FOLLOWS:

THE THIRD AND FOURTH UNITED STATES CONSTITUTIONAL AMENDMENTS RESPECTIVELY.

THE UNITED STATES CONSTITUTIONAL AMENDMENT FOURTEEN AND ITS EQUAL

OPPORTUNITY CLAUSE.

*mr. James D. King, Jr*
*G.56-7731 U.S.Sct.*

Certificate of Service

I, (one) Mr. James G. King, Jr. Did in Fact, Fax a copy of The 'Writ of Restitution' To Agents For The Wells Fargo Bank, ne The Law Firm of 'Shaprio; Burson, 13135 Lee Jackson Highway - Suite 201 - Fairfax, Va. 22033 (703) 449-5800 - Fax # (703) 449-5850

Signed: Mr. James G. King, Jr.
G 56-7731 U.S.Sct.
11-09-07