The U.S. District Court
For The District of Columbia

James G. King - Plaintiff

v

Wells Fargo Bank-NA

Plaintiffs Writ of Restitution amendment

Case # 107-1999 (NHK)

RECEIVED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ADDENDUM TO WRIT OF RESTITUTIONIN COVIL ACTION!07 1999I

BACKGROUND

DEFT'S  ATTORNEY STATE IB ERROR THE FOLLOWING:

THE CURRENT BALANCE OF THE MORTGAGE NOTE 9instru;ment  8457577461,secured on the

Premises venue  5321 BLAINE STREET,N.E.,DC 20019  shows a balance of $59,429.57at this point in time and space.

THE NOTICE OF FORECLOSURE WENT FORWARD AND WAS EFFECTIVE AS OF DATE OCI'TOBER 3,2007.

NO POSITIVE ESCROW BALANCE WAS INCLUDED IN THEIR STATEMENT OF INTENT.

THEIR RECORDS IN THE QUESTIONABLE ALTERNATIVE REFLECTED A NEGATIVE ESCROW BALANCE ON THIS ACCOUNT AT VENUE 5321 BLAINE ST.,N.E.,DC 29919 TO BE OF $3090.16.(NEGATIVE).

ISSUE

PLAINTIFFS RECORD   SHOW A CURRENT BALANCE OWED ON THE MORTGAGE NOTE NO, 8457577461

AT VENUE 5321 BLAINE ST.,NE,DC 20019  TO BE $58255,17 APPROXIMATELY . WITH A POSITIVE ESCROW ACCOUNT OF APPROXIMATELY  $1174.17.OF RECORD.

 NOW HERE COMES PLAINTIFF AND HIS TO A FULL AND SWEEPING PAYMENT HISTORY OF THE MORTGAGE INSTRUMENT NO. 8457577461 (ONE) A DEED OF TRUST; NOTE HELD AGAINST VENUE 5321 BLAINE STREET,N.E. , D.C.20019 WHICH WILL SHOW THAT FORECLOSU;;RE NOTICE OF DATE OCTOBER 3,2007 WAS AND IS NULL AND VOID

THE ABOVE IS PURSUANT TO :

PUBLIC LAW 90-566;OF DATE 10-12 1968

PUBLIC LAW  5-82PER DEFAULT ACT OF 1984


SANCTION   G56-7731 U S SCT.

SIGNATORYt



|  |  |
|---|---|
| 1110 Bonifant Street, Suite 510<br>Silver Spring, Maryland 20910<br>Tel: 301-588-8100, Fax: 301-588-8101 | R. Manny Montero (MD)<br>Jude Wikramanayake (MD, DC)<br>Scott R. Robinson (MD)<br>D. Scott Messersmith (MD) |

November 14, 2007

**CLAIM ONLY (NON-LAWSUIT) RETAINER AGREEMENT:**

This agreement sets forth the terms under which the Montero Law Group, LLC (hereinafter referred to as "the firm") will represent James King ("you"). In consideration of a $250.00 engagement/flat fee fee, the firm will contact, by phone and/or letter the attorneys for Wells Fargo (Shapiro and Burson) to attempt to obtain information related to your foreclosure and account history. You are aware that a foreclosure sale took place on November 7, 2007. Our firm has advised you that in order to reverse the foreclosure, action must be taken immediately in the District of Columbia Superior Court and a $2500 retainer (which would be billed at $225/per hour) would be needed prior to our firm filing any legal action or initiating suit. THIS RETAINER IS FOR A LETTER ONLY AND NOT FOR THE FILING OF ANY LEGAL ACTION OR LAWSUIT. Failure to timely file for legal relief in the D.C. Superior Court could result in your forever being barred from recovering your property and stopping the sale. No lawsuit or formal paper will be filed on your behalf without a second retainer.

1. This firm accepts no responsibility for the conduct, work, or promises made by any other law firm or attorney or any professional, other than principals of the Montero Law Group.

2. No promises, guarantees, or assurances of any results whatsoever have been made. This retainer and document specifies all the terms of this agreement.

3. If any portion of this retainer is deemed to be improper or unenforceable, only that portion of the retainer will be stricken and the remainder of the retainer (without such provision) will remain in full effect.

Please review this Agreement carefully and if there is any provision with which you do not agree, please contact me. Please sign and date the original where indicated below and return it to me as soon as possible. Again, thank you for entrusting your case with me.

I hereby acknowledge receipt of this agreement and approve its contents.

_mr. James S. King, Jr (G 56-7731 U.S. Sct)_
James King

Date: _11/14/07_

_Jude Wikramanayake_