THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES G. KING, JR.                           CASE #107-1999 NHK

    V.

WELLS FARGO BANK NA

PLAINTIFF'S WRIT OF REPLEVIN

WRIT OF REPLEVIN

U.F.T. AF OF L CIKO CASE # 177432

BACKGROUND

PLAINTIFF'S REVIEWED CURRENT BALANCE ;OWED ON MORTGAGE NOTE #8457577461,AS SECURED ON VENUE 5321 BLAINE STREET N.E., D.C.20019 ,lot and square no. 842/5243 is $58,225.17 AT THIS POINT IN TIME AND SPACE.

COMPS (2 BEDROOM CONDOS)IN THIS GEOGRAPHICAL AREA SELL FOR OR WITHIN THE RANGE $260,000=$112,000.

PLAINTIFF AND HIS HAVE SPENT IN EARNEST CASH A TOTAL OF $6,000.00 EARNEST CASH TO RENOVATE AND RESTORE THE PREMISES DURING THE TAXABLE YEAR 2007.

NOW HERE COMES PLAINTIFF AND HIS TO DEMAND PRIOR TO ANY AND ALL CLOSING ATTEMKKPTS THE CASH SUM OF $153,775 IN ORDER TO SATISFY HIS LOSSES AND IRS CONTENGENCIES .

HOLDING

THE EQUAL OPPORTUNITY CLAUSE OF THE UNITED STATES CONSTITUTIONAL AMENDMENT 14 AND IT'S OVERTONES.

Signatory;
mr. James D. King, Jr.
G.56-7731 U.S.Sct



## Showing comparable homes for 5321 Blaine St NE, Washington, DC 20019
Back to search



About Zestimate™ values and accuracy - © 2007 NAVTEQ | © 2007 GlobeXplorer and Suppliers | © 2007 Proxix

| Sort by: | Comps | Price | Sold on | Bd | Ba | $/sq ft | Distance |
|---|---|---|---|---|---|---|---|
| | Your result 5321 Blaine St NE | -- | -- | 3 | 1.0 | $0 | -- |
| | 5112 E Capitol St NE Recently Sold | $228,000 | 07/30/2007 | 3 | 1.0 | $185 | 0.22 mi |
| | 5031 E Capitol St SE Recently Sold | $296,300 | 02/26/2007 | 3 | 1.0 | $233 | 0.31 mi |
| | 5213 B St SE Recently Sold | $230,000 | 04/06/2007 | 3 | 1.0 | $282 | 0.37 mi |
| | 5027 Central Ave SE Recently Sold | $185,000 | 06/04/2007 | 3 | 1.0 | $178 | 0.36 mi |
| | 5214 Ames St NE Recently Sold | $248,000 | 04/10/2007 | 3 | 1.0 | $217 | 0.25 mi |

| | Address | Price | Date | Bd | Ba | $/sqft | Dist |
|---|---|---|---|---|---|---|---|
| | 509 58th St NE Recently Sold | $193,497 | 06/20/2007 | 3 | 1.0 | $168 | 0.56 mi |
| | 95 54th St SE Recently Sold | $297,000 | 04/05/2007 | 3 | 1.0 | $229 | 0.26 mi |
| | 93 54th St SE Recently Sold | $290,000 | 03/01/2007 | 3 | 1.0 | $224 | 0.25 mi |
| | 4612 A St SE Recently Sold | $230,000 | 03/21/2007 | 3 | 1.0 | $261 | 0.64 mi |
| | 828 51st St NE Recently Sold | $275,000 | 03/05/2007 | 3 | 1.0 | $167 | 0.62 mi |
| | 4836 Hayes St NE Recently Sold | $250,000 | 05/24/2007 | 3 | 1.0 | $267 | 0.66 mi |
| | 269 56th St NE Recently Sold | $179,000 | 07/31/2007 | 2 | 1.0 | $223 | 0.22 mi |
| | 105 50th St NE Recently Sold | $256,000 | 05/03/2007 | 2 | 1.0 | $262 | 0.35 mi |
| | 620 49th Pl NE Recently Sold | $260,000 | 05/25/2007 | 3 | 1.0 | $300 | 0.59 mi |
| | 4942 Blaine St NE Recently Sold | $259,999 | 05/14/2007 | 2 | 1.0 | $225 | 0.41 mi |
| | 5767 E Capitol St SE Recently Sold | $112,000 | 04/19/2007 | 2 | 1.0 | $86 | 0.39 mi |

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                3204
CONNECTION TEL              17034495850
SUBADDRESS
CONNECTION ID
ST. TIME                11/19 15:56
USAGE T                 02'15
PGS. SENT               5
RESULT                  OK
```

RECEIVED
U.S. COURT OF APPEALS

2007 NOV 19 PM 4: 36

FILED



**FedEx Kinko's.**
Office and Print Center

# Fax Cover Sheet

FedEx Kinko's of Germantown     Telephone: 301.515.8355   Fax: 301.515.6874

Date: 11/19/07     Number of pages ____ (including cover page)

**To:**
Name: Shapiro + Burson, LLP
Company: 13655 Lee Jackson Highway
Telephone: (703) 449-5800
Fax #: (703) 449-5850

**From:**
Name: Mr. James G. King, Jr.
Company: U.F.T. AF of L CIO (1774)
Telephone: (240) 672-3045

Comments

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.c