THE UNITED STATES DISTRICT COURT

FOR THE DISSTRICT OF COLUMBIA

JAMES G. KING,JR   PLAINTIFF

V.

WELLS FARGO BANK NA          CASE NO, 07-1999 HHK

RECEIVED

NOV 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MINUTE MOTION :WRIT OF CERTIORARI

THE UNITED STAATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE #107=1999 NHK

JAMES G. KING,JR

V.

WELLS FARGO BANK NA

MOTION;WRIT OF CEERTIORARI

FOREWORD

PLEASE FILE THESE ENTRIES OF PRAECIPEIN CAUSE 107-1999 NHKAND BE RECEPTIVE

TO THE ACCOMPANYING 'MINUTE MOTION'TO BE INTERTAINED PER HON.HENRY H. KENNEDY.

SIRS:

COMES NOW PLAINTIFF AND HIS IN ADHERANCE TO THE DOCTRINE OF 'NULLITY' TO REQUEST THE 'WRIT OF CEERTIORARI'IN THIS CAUSE OF ACTION.

REASONS

1)THE RESEARCH REDQUEST SYSTEM OF THE CHEVY CHASE FEDERAL SAVINGS BANK 'S RESEARCH REQUEST SYSTEM AS OF DATE 11-20-07  HAS/IS COMPILINSG REQUEST  1 AND 2,AND RESEARCH IS ONGOING AT THE POINT IN TIME AND SPACE,TO LOCATE AND AUTHENICATE THE FOLLOWING PAYMENT HISTORY OF PLAINTIFF AND HIS HISTORY OF MONTHLY MORTGAGE PAYMENTS TO THE MORTGAGE HOLDER (ONE),WELLS FARGO BANK

OF A FIRST TRUST MORTGAGE NOTE HELD PER VENUE , 5321 BLAINE ST.,NE, DC.,20019.THE INTERIM OF INTEREST IS THE TIME INTERVAL (04-01-07 TO  11-20-07). TO SHOW DATE OF PAYMENT EACH MONTH AND THE EXACT AMOUNT PAID.

THE DISPLAY MODE OF THIS PARTIAL REPORT GOES TO SHOW AND SHALL SHOW 'GOOD AND JUST CAUSE'. FURTHER RETRIEVAL IS ONGOING WITH ACCOMPANYING DOCUMENTATION.

**RECEIVED**

NOV 2 1 2007

Clerk, U.S. District and
Bankruptcy Courts

NOW HERE COMES PLAINTIFF AND HIS TO OFFER THE 'MINUTE MOTION 'THAT SHALL COMPEL SAID COURT TO ACCEPT THE POSITIVE FINDINGS IN THIS 'INSTANCE OF ONGOING CAUSE AND INCORPORATE SAME INTO FRAMEWORK AS DEFINITIVE CAUSE IN THIS REQUEST FOR THE WRIT OF CERTIORARI AS SOUGHT HEREIN.

COPIES OF THIS LINE IS BEING TRANSMITTED PER FAX AND FIRST CLASS UNITED STATES MAILTO ;

1, wells,fargo Bank na,  One Homr Campus, Des Moines,Iowa   s50328-0001

2.MB    Shapiro and Burson LLP,13135 lee Jackson hwy    22033


SIGNATORY

mr. James B. King, jr.
G.S%-7731 U.S.Jct.

Res judicata

Exhibits

```
                       RSK \6 RESEARCH REQUEST SYSTEM            DISPLAY MODE
    BANK/BRANCH/DEPT: 8401 0193                         REQUEST NO: 11/20/07-0061
    REQUESTOR: NATHAN AGUIRRE              /            REFERENCE NO:
        PHONE: ( 301 ) 515 - 3851 FAX: ( 301 ) 515 - 3853 PROC CTR/DEPT: 001/001
    ACCOUNT NUMBER:       0113493461 DDA X SAV    OTHER     PROD TYPE:
      ACCOUNT NAME: JAMES G KING JR                    CUSTOMER CODE:
      SERVICE CODE: 17           CASHIERS CHECK - COPY            TYPE: R
        ROOT CAUSE:                                    ATTACH: N  RETURN: B
        DESTINATION: U01034    TYPE: P
    BILL TO: C    ACCOUNT:                  ITEMS: 1       FAX IND: N  COPIES: 1
    DATE POSTED    SEQUENCE NO       AMOUNT       CHECK NO        PRINT OFFSET
                                                                        N
                               DATE       AMOUNT     CHECK NO  OFFSET DR/CR
    STATEMENTS AND/OR   FROM: 04/01/07
    MULTI-ITEM COPIES   THRU: 10/01/07

            COMMENTS : CUSTOMER REQUEST COPY OF CASHIER CHECKS AND CERTIFIED CHECKS
                     : PAID TO WELLS FARGO HOME MORTGAGE
                     :
                     :
    ORE053A - PRESS F2 TO CHANGE DATA OR CLEAR TO ADD REQUEST
    F1=HELP F2=EDIT F3=EXIT F4/5=PGUP/DN F7/8=PRV/NXT F9=SRCH F11=ALTKEYS F12=COPY
```

```
                        ASI\6  RESEARCH REQUEST 11/23/2007    DISPLAY MODE
 BANK/BRANCH/DEPT: 8401 0193                    REQUEST NO: 11/20/07-0063
 REQUESTOR: NATHAN AGUIRRE             /        REFERENCE NO:
     PHONE: ( 301 ) 515 - 3851  FAX: ( 301 ) 515 - 3853  PROC CTR/DEPT: 001/001
 ACCOUNT NUMBER:       0143337076 DDA X SAV    OTHER      PROD TYPE:
   ACCOUNT NAME: JAMES G KING                             CUSTOMER CODE:
   SERVICE CODE: 17          CASHIERS CHECK - COPY              TYPE: R
     ROOT CAUSE:
     DESTINATION: U01034       TYPE: P                   ATTACH: N  RETURN: B
 BILL TO: C      ACCOUNT:                ITEMS:  1    FAX IND: N   COPIES:  1
 DATE POSTED    SEQUENCE NO          AMOUNT        CHECK NO      PRINT OFFSET
                                                                         N
                                  DATE       AMOUNT    CHECK NO   OFFSET DR/CR
 STATEMENTS AND/OR   FROM: 04/01/07
 MULTI-ITEM COPIES   THRU: 10/01/07

         COMMENTS : CUSTOMER REQUEST COPY OF CASHIER CHECKS AND CERTIFIED CHECKS
                  : PAID TO WELLS FARGO HOME MORTGAGE
                  :
                  :
 ORE053A - PRESS F2 TO CHANGE DATA OR CLEAR TO ADD REQUEST
 F1=HELP  F2=EDIT  F3=EXIT  F4/5=PGUP/DN  F7/8=PRV/NXT  F9=SRCH  F11=ALTKEYS  F12=COPY
```

**Payment Coupon (Wells Fargo Home Mortgage)**

Please detach and return with your payment

| Field | Value |
|---|---|
| Loan Number | 8457577461 |
| Current Monthly Payment Due | $579.18 |
| Total Payment Due 10/01/07 | $2,402.94 |
| After 10/16/07 Add Late Fee | $24.69 |
| Total Amount Due After 10/16/07 | $2,427.63 |

JAMES G KING JR
FRANCES E KING
4956012956004956 051 01 ACMDB0 936

Check here and see reverse for address correction.

WELLS FARGO HOME MORTGAGE
PO BOX 6423
CAROL STREAM, IL 60197-6423

- Monthly Payment A $ 579.18
- Late Charges B $
- Additional Principal C $
- Additional Escrow D $
- Other Charges E $
- Total Amount Enclosed F $ 579.18
  (Please do not send cash)

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

936  8457577461 0 10000057918006038702402940231672 000000000008156773

---

**Cashier's Check**

No. 100186744
CHEVY CHASE BANK
7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

CASHIER'S CHECK
65-7198/2550
OCTOBER 5, 2007
TouchSafe®
Dollars $ **579.18

Pay To The Order Of: **WELLS FARGO HOME MORTGAGE**
FIVE HUNDRED SEVENTY NINE AND 18/100

REF ACCT # 8457577461
VENUE 5321 BLAINE ST
N.E. D.C. 20019

Non Negotiable for amounts over $3,000
AUTHORIZED SIGNATURE  Void After 90 Days

OCT 05 2007  WFHM  CASH RETURN

⑈100186744⑈ ⑆255071981⑆ 251000508⑈

10/11 20659.00 7/01

---

**Personal Check**

JAMES G. KING, JR.                                    1387
P.O. BOX 341193
JAMAICA, NY 11434-7193                        65-7198/2550
                                                      11

DATE 11/20/07

PAY to the ORDER OF  Wells Fargo Bank-NA acct #845757746   $578.18

Five Hundred Seventy-eight ——— 18/100 DOLLARS

CHEVY CHASE BANK
BETHESDA, MARYLAND 20814

FOR  Venue - 5321 Blaine St, NE, DC
     First mortgage note 845 757 746        Mr. James G. King
                                             G 56-7731 Unreset

⑆255071981⑆  113493461⑈  1387

```
               ***************************
               ***   ERROR TX REPORT    ***
               ***************************

        TX FUNCTION WAS NOT COMPLETED

        TX/RX NO              0425
        RECIPIENT ADDRESS     17034495850
        DESTINATION ID
        ST. TIME              11/21 11:40
        TIME USE              00'00
        PAGES SENT            0
        RESULT                NG        #0018 BUSY/NO SIGNAL
```



Fax - Local Send

Fax - Domestic Send

Fax - International Send

# Fax Cover Sheet

FedEx Kinkos of Rockville Maryland    Telephone: 301.881.6810 Fax: 301.881.6309

Date __11/21/07__

Number of pages ____ (including cover page)

**To:**

Name __Shapiro + Burson LLP__

Company __13135 Lee Jackson Highway (Suite 201) - Fairfax, Va. 22033__

Telephone __(703) 449-5850__

Fax __Fax # (703) 449-5850__

**From:**

Name __Mr. James G. King, tr__

Company __NA (G.56-7731 U.S.Sct.__

Telephone __(240) 672-3045__

**Comments**

Entries: Cause # 107-1999
In The United States District Court For The District of Columbia.

   

FedEx Kinkos of Rockville Maryland      Telephone: 301.881.6810 Fax: 301.881.6309

## Fax Cover Sheet

Date __11/21/07__

Number of pages ____ (including cover page)

**To:**

Name __Shapiro + Burson LLP__

Company __13135 Lee Jackson Highway (Suite 201) - Fairfax, Va. 22033__

Telephone __(703) 449-5850__

Fax __Fax # (703) 449-5850__

**From:**

Name __Mr. James G. King, Jr__

Company __NA (G.56-7731 U.S.Sct.__

Telephone __(240) 672-3045__

**Comments**

Entries: Cause # 107-1999
In The United States District Court For The District of Columbia

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

THE UNITED STATES DISTRICT COURT

FOR THE DISSTRICT OF COLUMBIA


JAMES G. KING, JR   PLAINTIFF

    V.

WELLS FARGO BANK NA          CASE NO, 197-1999 NHK


PLAINTIFF'S MINUTE MOTION : WRIT OF CERTIORARI

THE UNITED STAATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE #107=1999 NHK

JAMES G. KING,JR

V.

WELLS FARGO BANK NA

MOTION;WRIT OF CEERTIORARI

FOREWORD

PLEASE FILE THESE ENTRIES OF PRAECIPEIN CAUSE 107-1999 NHKAND BE RECEPTIVE

TO THE ACCOMPANYING 'MINUTE MOTION'TO BE INTERTAINED PER HON.HENRY H. KENNEDY.

SIRS:

COMES NOW PLAINTIFF AND HIS IN ADHERANCE TO THE DOCTRINE OF 'NULLITY' TO REQUEST THE 'WRIT OF CEERTIORARI'IN THIS CAUSE OF ACTION.

REASONS

1)THE RESEARCH REDQUEST SYSTEM OF THE CHEVY CHASE FEDERAL SAVINGS BANK 'S RESEARCH REQUEST SYSTEM AS OF DATE 11-20-07  HAS/IS COMPILINSG REQUEST  1 AND 2,AND RESEARCH IS ONGOING AT THE POINT IN TIME AND SPACE,TO LOCATE AND AUTHENICATE THE FOLLOWING PAYMENT HISTORY OF PLAINTIFF AND HIS HISTORY OF MONTHLY MORTGAGE PAYMENTS TO THE MORTGAGE HOLDER (ONE),WELLS FARGO BANK

OF A FIRST TRUST MORTGAGE NOTE HELD PER VENUE , 5321 BLAINE ST.,NE, DC.,20019.THE INTERIM OF INTEREST IS THE TIME INTERVAL (04-01-07 TO  11-20-07). TO SHOW DATE OF PAYMENT EACH MONTH AND THE EXACT AMOUNT PAID.

THE DISPLAY MODE OF THIS PARTIAL REPORT GOES TO SHOW AND SHALL SHOW 'GOOD AND JUST CAUSE'. FURTHER RETRIEVAL IS ONGOING WITH ACCOMPANYING DOCUMENTATION.

NOW HERE COMES PLAINTIFF AND HIS TO OFFER THE 'MINUTE MOTION 'THAT SHALL COMPEL SAID COURT TO ACCEPT THE POSITIVE FINDINGS IN THIS 'INSTANCE OF ONGOING CAUSE AND INCORPORATE SAME INTO FRAMEWORK AS DEFINITIVE CAUSE IN THIS REQUEST FOR THE WRIT OF CERTIORARI AS SOUGHT HEREIN.

COPIES OF THIS LINE IS BEING TRANSMITTED PER FAX AND FIRST CLASS UNITED STATES MAILTO ;

1, wells,fargo Bank na,  One Homr Campus, Des Moines,Iowa   s50328-0001

2.MB    Shapiro and Burson LLP,13135 lee Jackson hwy     22033


SIGNATORY

*mr. James B. King, jr.*
*G.56-7731 U.S. Jet.*

Res judicata

Exhibits

```
                                                            DISPLAY MODE
BANK/BRANCH/DEPT: 8401 0193                        REQUEST NO: 11/20/07-0061
REQUESTOR: NATHAN AGUIRRE              /           REFERENCE NO:
    PHONE: ( 301 ) 515 - 3851 FAX: ( 301 ) 515 - 3853 PROC CTR/DEPT: 001/001
ACCOUNT NUMBER:       0113493461 DDA X SAV    OTHER      PROD TYPE:
  ACCOUNT NAME: JAMES G KING JR                       CUSTOMER CODE:
  SERVICE CODE: 17           CASHIERS CHECK - COPY        TYPE: R
    ROOT CAUSE:                                       ATTACH: N  RETURN: B
    DESTINATION: U01034    TYPE: P
BILL TO: C     ACCOUNT:                 ITEMS: 1    FAX IND: N    COPIES: 1
DATE POSTED    SEQUENCE NO       AMOUNT       CHECK NO         PRINT OFFSET
                                                                      N
                          DATE         AMOUNT     CHECK NO  OFFSET DR/CR
STATEMENTS AND/OR    FROM: 04/01/07
MULTI-ITEM COPIES    THRU: 10/01/07

         COMMENTS : CUSTOMER REQUEST COPY OF CASHIER CHECKS AND CERTIFIED CHECKS
                  : PAID TO WELLS FARGO HOME MORTGAGE
                  :
                  :

ORE053A - PRESS F2 TO CHANGE DATA OR CLEAR TO ADD REQUEST
F1=HELP F2=EDIT F3=EXIT F4/5=PGUP/DN F7/8=PRV/NXT F9=SRCH F11=ALTKEYS F12=COPY
```

```
                    ASI\6    RESEARCH REQUEST               DISPLAY MODE
BANK/BRANCH/DEPT: 8401 0193
REQUESTOR: NATHAN AGUIRRE                            REQUEST NO: 11/20/07-0063
    PHONE: ( 301 ) 515 - 3851 FAX: ( 301 ) 515 - 3853  REFERENCE NO:
ACCOUNT NUMBER:      0143337076 DDA X SAV    OTHER    PROC CTR/DEPT: 001/001
   ACCOUNT NAME: JAMES G KING                         PROD TYPE:
   SERVICE CODE: 17         CASHIERS CHECK - COPY     CUSTOMER CODE:
     ROOT CAUSE:                                                 TYPE: R
    DESTINATION: U01034      TYPE: P                  ATTACH: N  RETURN: B
BILL TO: C    ACCOUNT:
                                         ITEMS:   1    FAX IND: N  COPIES:  1
DATE POSTED    SEQUENCE NO         AMOUNT        CHECK NO        PRINT OFFSET
                                                                       N
                              DATE         AMOUNT    CHECK NO  OFFSET DR/CR
STATEMENTS AND/OR   FROM: 04/01/07
MULTI-ITEM COPIES   THRU: 10/01/07

        COMMENTS : CUSTOMER REQUEST COPY OF CASHIER CHECKS AND CERTIFIED CHECKS
                 : PAID TO WELLS FARGO HOME MORTGAGE
                 :
                 :
ORE053A - PRESS F2 TO CHANGE DATA OR CLEAR TO ADD REQUEST
F1=HELP F2=EDIT F3=EXIT F4/5=PGUP/DN F7/8=PRV/NXT F9=SRCH F11=ALTKEYS F12=COPY
```

**WELLS FARGO HOME MORTGAGE**

*Please detach and return with your payment*

| | |
|---|---|
| Loan Number | 8457577461 |
| Current Monthly Payment Due | $579.18 |
| Total Payment Due 10/01/07 | $2,402.94 |
| After 10/16/07 Add Late Fee | $24.69 |
| Total Amount Due After 10/16/07 | $2,427.63 |

JAMES G KING JR
FRANCES E KING
4956012856004956 051 01 ACMCB0 936

WELLS FARGO HOME MORTGAGE
PO BOX 6423
CAROL STREAM, IL 60197-6423

Check here and see reverse for address correction.

Monthly Payment A $ 579.18
× pmt amt
Late B $
Charges
Additional C $
Principal
Additional D $
Escrow
Other E $
Charges

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

Total Amount Enclosed F $ 579.18
(Please do not send cash)

936 8457577461 0 100000579180060387024029402316?2 000000090815677 3

---

**CHEVY CHASE BANK**
7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

No. 1001867 44
65-7198/2550

CASHIER'S CHECK
TouchSafe®

OCTOBER 5, 2007

WFHM
OCT 0 5 2007
CASH RETURN

Pay **FIVE HUNDRED SEVENTY-NINE AND 18/100********
Dollars $ **579.18**

To The Order Of: **WELLS FARGO MORTGAGE**
REF ACCT # 8457577461
AVENUE 5321 BLAINE ST

Non Negotiable for amounts over $3,000
AUTHORIZED SIGNATURE    Void After 90 Days

⑆100186744⑆ ⑈255071980⑈ 251000508⑆

10/11 20659 0 0 A

---

**JAMES G. KING, JR.**                                                           1387
P.O. BOX 341193
JAMAICA, NY 11434-7193                                                    65-7198/2550
                                                      DATE 11/20/07              11

PAY to the ORDER OF **Wells Fargo Bank - NA acct # 845757746** | $ **578.18**

**Five Hundred Seventy-eight** ———————————— **18/100** DOLLARS

**CHEVY CHASE BANK**
BETHESDA, MARYLAND 20814

FOR **Venue - 5321 Blaine St, NE, DC**     Mr. James D. King Jr.
    **(First mortgage note 845 757 746**    G 56-7731 Unreset

⑈255071980⑈ ⑆113493461⑆ 1387