AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mr. James G. King, Jr.

V.

Wells Fargo Bank

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI

CAS

TO: (Name and address of Defendant)

Wells Fargo Bank
One - Home Campus
Des Moines, Iowa, 50328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~[redacted]~~ Pro Se (name and address)

Pro Se Mr. James G. King, Jr.
105-32 131 St., P.O. Box 341139
Jamaica, N.Y. 11434
(240) 672-3045

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

DEC - 7 2007

NANCY MAYER-WHITTINGTON
CLERK / U.S. DISTRICT COURT

NOV - 6 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/30/07 |
| NAME OF SERVER (PRINT) LESLIE D JOHNSON, II | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT CERTIFIED MAIL, RETURN RECEIPT NUMBER 7004 1160 0005 9141 5897

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 70.— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-7-07
           Date

Signature of Server

ESQ PROCESS SERVERS
51 Monroe Street
Suite 708
Address of Server Rockville, MD 20850

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMES G. KING, JR.

    Plaintiff

v.

WELLS FARGO BANK

    Defendant

Case No. 1:07-cv-01999

AFFIDAVIT OF SERVICE OF PROCESS

I hereby certify that on 12/3/2007, the Summons in a Civil Case, Notice of Foreclosure Sale of Real Property or Condominium Unit, Complaint, and Attachments issued on 11/6/2007 was mailed under my direction, certified mail number 7004 1160 0005 9141 5897. The return receipt, attached hereto, indicates that Defendant, Wells Fargo Bank, received the documents listed above on 11/30/2007.

LESLIE D. JOHNSON, II
ESQ PROCESS SERVERS
51 Monroe Street
Suite 708
Rockville MD 20850
(301) 762-1350

SUBSCRIBED & SWORN TO BEFORE ME THIS 3RD DAY OF DECEMBER 2007.

NOTARY PUBLIC
Commission Expires 12/1/2009

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Wells Fargo Bank<br>One Home Campus<br>Des Moines, IA<br>50328 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0005 9141 5897 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540