IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

PUBLIC LAW 65.1                                  RE: COMPLAINT  107 CV01999 HHK

In.04 2201-07  Superior Ct, DC,

AFFIDAVIT OF STANCE

SIRS:

NOW HERE COMES  PLAINTIFF (ONE) JAMES G.KING , DULY DEPOSED, TO STATE AS FOLLOWS,

1. HE DOES IN FACT HOLD PRIVY THE PREMISES AT VENUE , 5321 BLAINE ST,NE.,DC 20019
2. AS OF DATE 12/12/07.
3. THIS FACTOR WAS AND IS OF LEGAL CONSEQUENCE  IN THE LAND RECORDS OF THE
4. DISTRICT OF COLUMBIA.

FURTHER

ONE (MR. ALVIN GROSS AND HIS),DID ON OR ABOUT NOVEMBER 28,2997 ENTER UPON THIS PREMISE AND TRESPASS ,AS EVIDENCED BY A NOTICE OF COMPLAINT TAPED TO THE FRONT DOOR PANEL

ACCUSING THE LEGAL OWNER OF SQUATTERING AND FURTHER STATING THAT THE PREMISES HAD BEEN ABANDONED.

NOTE:THIS PREMISE (ONE) 5321 BLAINE STREET,NE,DC 20019 IS CURRENTLY BEING RENOVATED AND MODERNIZED AT THE OWNER'SCONSENT AND ADVICE.FOR THE THIRD TIME DURING THE INTERIM PERIOD (2005-2007). AS IT HAS BEEN VANDALIZED AFTER EACH RENOVATION.

(CF. DISTRICT OF COLUMBIA POLICE DEPARTMENT PRECINCT>)

SIGNATORY

MR. JAMES G. KING ,JR.,ETC. Pro Se  (12/12/07

James G. King, Jr. G,56 - 7731 U.S.Ct

Daniel O. McLeod 12 12-07
Notary Public, State of Maryland
My Commission Expires October 1, 2011

**RECEIVED**
DEC 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF COLUMBIA


JAMES G. KING ,JR  PLAINTIFF

     V.

SHAPIRO AND BURSON  DEFENDANTS
AGENTS FOR WELLS FARGO  BANK  ET  AL

    (MOTION OF INTENT: VENUE)

    FOREWORD
PURSUANT TO PUBLIC LAW90=566,APPROVED OCTOBER 12.1968
THE PROPERTY LOCATED AT VENUR\ 6321 BLAINE ST.N.E, D.C,30019
SECURED BY THE DEED OF TRUST NOTE NUMBER NOVEMBER 21
   1995 (9500070007' IS LOCATED ON FEDERAL TERRITORY AND
      GOVERNED THE NINETY NINE YEAR LEASE  DICTUM VIA
   1996  BY THE UNITED STATES CONGRESS\ FEDERAL COURTS
FURTHER THE PROPERTY IN QUESTION IS COVERED PER A NINETY –NINE
YEAR LEASE, ADMINISTERED BY THESE COURTS AND THE UNITED STATES
CONGRESS.,

    MOTION

NOW HERE COMES PLAINTIFF AND HIS TO MOVE THESE COURTS ,IN THE
INTEREST OF JUSTICE HUMAN DECENCY  TO EXAMINF AND ADJUDICATE
THE CURRENT IMPASSE , APPLYING THE EXISTING LEASE  LAWS,
SINCE DEFENDANTS AND THEIRS  ARE UNDER THE IMPRESSION  THAT
THESE LEGAL INSTRUMENTS HAVE LITTLE OR NO VALIDITY.

    ISSUES
        DOES PLAINTIFF AND HIS SURVIVORS HAVE LEGAL EQUITY  IN
THIS CAUSE OF ACTION  ?

       WHAT  JUSTIFICATION DOES DEFENDANT HAVE TO MOVE THIS
LEGAL CAUSE TO PUBLIC  AUCTION AND FORECLOSURE - ULTIMATE
PUBLIC SALE, ?


    LEGAL SANCTION

BASIS FOR FEDERAL INTERVENTION  ARTICLE 3,,SECTION  1 , OF THE
UNITED STATES CONSTITUTION.,
BROWN V BOARD OF EDUCATION . KANSAS

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Mr. James G. King, Jr.

V.

Walls Fargo Bank

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI

CAS

TO: (Name and address of Defendant)

Wells Fargo Bank
ONe - Home Campus
Des. Moines, Iowa, 50328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~————~~ *PRO SE* (name and address)

Pro Se  Mr. James G. King, Jr.
105-32 131 St.,  P.O. Box 341139
Jamaica, N.Y. 11434
(240) 672-3045

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

**NOV - 6 2007**
DATE

_Maureen Higgins_
(By) DEPUTY CLERK