CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

MR. JAMES G. KING, JR

Civil Action No. 1:07-CV-01999 HHK

VS

WELLS FARGO BANK, NA

DEFENDANT

### AFFIDAVIT IN SUPPORT OF DEFAULT

Pro Se I hereby certify under penalty of perjury, this __26__ day of __December__, __2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Wells Fargo Bank, NA__ was [were]: [personally served with process on __11/29/07__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
__November 30th 2007__ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

**RECEIVED**

DEC 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bar Id. Number
Pro Se (G56-7731 U.S.Sct.)

Mr. James G. King, Jr.
Pro Se Attorney for Plaintiff(s) [signature]
G56-7731 U.S.Sct.
P.O. Box 341193
Jamaica, NY. 11434

Address and Telephone Number

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. _____ |
| | ) | In re: |
| _____ | ) | |
| Defendant | | _____ (Defendant) |

(N/A) *sik*
## MILITARY AFFIDAVIT
*not applicable*

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

  I hereby certify under penalty of perjury, this _____ day of _____, _____, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

  I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____ .

       *Mr. James J. King, Jr.*
*Pro se* Attorney for Plaintiff
      *G.56-7731 U.S.Sct.*

      *P.O. Box 341193*

      *Jamaica, N.Y. 11434*
      Address

CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[X]  (a)  relates to common property

[X]  (b)  involves common issues of fact

[X]  (c)  grows out of the same event or transaction

[ ]  (d)  involves the validity or infringement of the same patent

[ ]  (e)  is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [X]  *New Case* (1:07-CV-01999)

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): _In The Superior Court For The District of Columbia_

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

_Alvin Gross, Jr. - Plaintiff_ v. _James G. King, Jr._ C.A. No. _04 2201-07_

_12/12/07_     _alleged Defendant - James G. King, Jr._
DATE           Signature of Plaintiff/Defendant (or counsel)

JURY, PROSE-NP, TYPE-D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01999-HHK
# Internal Use Only

| | |
|---|---|
| KING v. WELLS FARGO BANK | Date Filed: 11/06/2007 |
| Assigned to: Judge Henry H. Kennedy | Jury Demand: Plaintiff |
| Cause: 12:3410 Right to Financial Privacy Act | Nature of Suit: 220 Real Property: Foreclosure |
| | Jurisdiction: Federal Question |

**Plaintiff**

JAMES G. KING, JR.    represented by    JAMES G. KING, JR.
105-32 131 Street
P. O. Box 3411039
Jamaica, NY 11434
(240) 672-3045
PRO SE

V.

**Defendant**

WELLS FARGO BANK

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 1 | COMPLAINT against WELLS FARGO BANK ( Filing fee $ 350, receipt number 4616008045) filed by JAMES G. KING, JR. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 11/07/2007) |
| 11/06/2007 | | Summons (1) Issued as to WELLS FARGO BANK. (lc, ) (Entered: 11/07/2007) |

Case 1:07-cv-01999-HHK    Document 10    Filed 12/27/2007    Page 5 of 11

| | | |
|---|---|---|
| 11/06/2007 | 2 | MOTION for Temporary Restraining Order by JAMES G. KING, JR (lc, ) (Entered: 11/07/2007) |
| 11/07/2007 | | (Court only) ***Staff notes (tg, ) (Entered: 11/07/2007) |
| 11/09/2007 | 3 | ORDER denying 2 Motion for TRO (Kennedy, Henry) (Entered: 11/09/2007) |
| 11/09/2007 | 4 | Civil Statement from Plaintiff, JAMES G. KING, JR. (lc, ) (Entered: 11/14/2007) |
| 11/16/2007 | 5 | Amendment to 4 Civil Statement from JAMES G. KING, JR. (lc, ) (Entered: 11/19/2007) |
| 11/19/2007 | 6 | Civil Statement from JAMES G. KING, JR.. (lc, ) (Entered: 11/20/2007) |
| 11/23/2007 | 7 | Civil Statement from JAMES G. KING, JR... (jf, ) (Entered: 11/27/2007) |
| 12/07/2007 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WELLS FARGO BANK served on 11/30/2007, answer due 12/20/2007 (lc, ) (Entered: 12/10/2007) |
| 12/17/2007 | 9 | AFFIDAVIT by JAMES G. KING, JR. (lc, ) (Entered: 12/18/2007) |

IN THE SUPERIOR COURT FOR THE
DISTRICT OF COLUMBIA

ALVIN E. GROSS, JR.                               :

                                                  :

Plaintiff/Landlord (alleged)                      :     Complaint No. 042201 07

                                                  :

v.                                                :

                                                  :

SQUATTERS                         :

    Defendant/Tenant


### AFFIDAVIT

I hereby certify that on 12/12/2007, I filed a Response for James G. King, Jr. in the Landlord & Tenant, Superior Court for the District of Columbia.  I also certify that I mailed a copy of the same Response to the Plaintiff, Alvin E. Gross, Jr. at 4401A Connecticut Avenue, NW, Suite 207, Washington, DC 20008-2322 on 12/13/2007.


                                                  _____
                                                  LESLIE D. JOHNSON, II
                                                  ESQ PROCESS SERVERS
                                                  51 Monroe Street
                                                  Suite 708
                                                  Rockville MD 20850
                                                  (301) 762-1350


SUBSCRIBED & SWORN TO BEFORE ME THIS 18TH DAY OF DECEMBER 2007.

                                                  _____
                                                  NOTARY PUBLIC
                                                  Commission Expires 10/12/2011

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA



ALVIN E. GROSS, JR.
    PLAINTIFF/LANDLORD ( alleged )

V.

SQUATTERS
    DEFENDANT/TENANT

COMPLAINT #042201 07

SIRS;

DULY DEPOSED' COMES NOW JAMES G. KING, JR. TO STATE AS FOLLOWS:

1. IN THE LANDLORD TENANT CIVIL BRANCH HE HOLDS PRIVY THE FOLLOWING, CLEAR TITLE INSTRUMENT +9500070007 AS REGISTERED IN THE DISTRICT OF COLUMBIA LANDS RECORD OFFICE BEING CO-SIGNER WITH ONE MRS. FRANCES E. KING (NOW DEMISED) HIS WIFE OF SOME 57 YEARS.

NOW HERE COMES PLAINTIFF AND HIS NEXT OF KIN TO MOVE THIS COURT PER MINUTE MOTION TO ADJUDICATE AND CLEAR THE MISAPPERHENSION AS IT APPEARS – COMPLAINT AND SUBSEQUENT CLAIM TO OWNERSHIP OF VENUE – 5321 BLAINE ST., N.E., WASHINGTON, D.C. 20019.

ISSUE: DOES THE PURCHASE OF A FAMILY DWELLING UNDER A 99 YEAR LEASE WHICH STANDS ON FEDERAL TERRITORY HOLD MERIT IN THESE AND OTHER UNITED STATES OF AMERICA STATE AND FEDERAL COURTS?

NOTE: THE ATTACHED EXHIBIT (A MEMORANDUM OF FEDERAL AND STATE LAW) IS SELF EXCLAMATORY.

HOLDINGS: PLAINTIFF AND HIS RELY ON THE EQUAL OPPORTUNITY CLAUSE OF THE UNITED STATES CONSTITUTIONAL AMENDMENT 14.

SIGNATORY

_James G. King, Jr. (G.56-7731 U.S.Sct.)_
MR. JAMES G. KING, JR. (G.56-7731 UNITED STATES SUPREME COURT)

# DISTRICT OF COLUMBIA—REALTY—SECURITY INTERESTS

PUBLIC LAW 90–566; 82 STAT. 1002

[S. 2592]

An Act to amend section 539 of the Act approved March 3, 1901, so as to provide notice of the enforcement of a security interest in real property in the District of Columbia to the owner of such real property and the Commissioner of the District of Columbia.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That:*

Section 539 of the Act approved March 3, 1901 (31 Stat. 1274), as amended (D.C.Code, sec. 45–615), is amended by inserting the words "AND NOTICE TO BE GIVEN" immediately after the words "TERMS OF SALE" in the title of said section, inserting the subsection designation "(a)" immediately before the first word of such section, and by adding the following:

"(b) No foreclosure sale under a power of sale provision contained in any deed of trust, mortgage or other security instrument, may take place unless the holder of the note secured by such deed of trust, mortgage, or security instrument, or its agent, gives written notice, by certified mail return receipt requested, of said sale to the owner of the real property encumbered by said deed of trust, mortgage or security instrument at his last known address, with a copy of said notice being sent to the Commissioner of the District of Columbia, or his designated agent, at least 30 days in advance of the date of said sale. Said notice shall be in such format and contain such information as the District of Columbia Council shall by regulation prescribe. The 30-day period shall commence to run on the date of receipt of such notice by the Commissioner. The Commissioner or his agent shall give written acknowledgment to the holder of said note, or its agent, on the day that he receives such notice, that such notice has been received, indicating therein the date of receipt of such notice. The notice required by this subsection (b) in regard to said mortgages and deeds of trust shall be in addition to the notice described by subsection (a) of this section."

Approved October 12, 1968.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, LANDLORD AND TENANT BRANCH**
Bldg. B, 510 4th Street, NW, RM. 110
Washington, DC 20001   Telephone (202) 879-1152

042201 07
L&T. _____

Plaintiff/Landlord: Alvin E. Gross Jr
vs.
Defendant/Tenant: Squatters

Address: 4401 A Connecticut Ave NW #207
Wash DC   20008
202-321-5336

Address: 5321 Blaine St NE
Washington, D.C.   20019

**COMPLAINT FOR POSSESSION OF REAL ESTATE**

DISTRICT OF COLUMBIA, ss:
Alvin E Gross Jr, being first duly sworn, states: ☒ he or she is the landlord and/or ☐ licensed real estate broker or ☐ the landlord's authorized agent of the house, apartment or office located at 5321 Blaine St NE   20019, Washington, D.C.

The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:
A. ☐ The tenant failed to pay: $____, total rent due from ____ to ____; $____ late fees; and/or $____, other fees (Specify)____
   The monthly rent is $____. The total amount due to the landlord is $____
   Notice to quit has been: ☐ served as required by law ☐ waived in writing.
B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).
C. ☒ For the following reason: (explain fully)
   Vacant and abandon property with squatters in illegal possession
   Notice to quit is: ☐ not required ☐ waived in writing ☐ other

Therefore, the landlord asks the Court for:
☒ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $____
☐ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

_____
Plaintiff / Landlord or Agent

Subscribed before me this 11-30-07 day of _____

Notary Public

My Commission expires

**SUMMONS — TO APPEAR IN COURT**   DEC 2 1 2007

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON ____, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 510 4th Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

**CONVOCATORIA — DE COMPARENCIA AL** DEC 2 1 2007 , A LAS 9:00 A.M.

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL ____ al Tribunal de Arrendadores y Arrendatarios, Edificio B, 510 4th Street N.W. a contestar la demanda entablada ocupación de la propiedad aquí citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupación que tenga sobre la misma.

Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador

Address/Direccion   Zip Code/Codigo postal

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

Costs of this suit to date are
Costos del juicio hasta la fecha,
$ ____

No.
o

Unified Bar No.
No. de afiliación
Sociedad de Abogados

| Case Number | Status | Judge |
|---|---|---|
| 2007 LTB 042201 | Closed | LANDLORD & TENANT, COURTROOM |

| In The Matter Of | | Action |
|---|---|---|
| GROSS Jr, ALVIN E  VS. SQUATTERS | | Squatter |

| Party | | Attorneys |
|---|---|---|
| GROSS Jr, ALVIN E | PLNTF | PRO SE |
| SQUATTERS | DFNDT | |

| Opened | Disposed | Case Type |
|---|---|---|
| 11/30/2007 | Dismissed for Want of Prosecution Under Rule 11 | Landlord & Tenant Branch |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 12/21/07 | Dismissed for Want of Prosecution under Rule 11 | 0.00 | 0.00 |
| 2 | 12/21/07 | Event Resulted: The following event: Initial Hearing scheduled for 12/21/2007 at 9:00 am has been resulted as follows: Result: Initial Hrg Not Held Dismissed Under Rule 11 Judge: BECK, RONNA L    Location: LandLord & Tenant Courtroom B-109 | 0.00 | 0.00 |
| 3 | 12/17/07 | Affidavit of Service of Summons & Complaint by Posting Filed 12/6/07. BP | 0.00 | 0.00 |
| 4 | 12/12/07 | Answer to Complaint Filed, docketed 12/12/07.  PG | 0.00 | 0.00 |
| 5 | 12/10/07 | Event Scheduled Event: Initial Hearing Date: 12/21/2007    Time: 9:00 am Judge: LANDLORD & TENANT, COURTROOM Location: LandLord & Tenant Courtroom B-109 | 0.00 | 0.00 |
| 6 | 11/30/07 | Squatter  Receipt: 269699  Date: 11/30/2007 | 15.00 | 0.00 |

|   | Totals By: | Cost | 15.00 | 0.00 |
|---|---|---|---|---|
|   |   | Information | 0.00 | 0.00 |

*** End of Report ***

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

MR. JAMES G. KING ,JR                Civil Action No. 1:07-CV-01999
                                                      HHK
VS

WELLS FARGO BANK,NA

DEFENDANT

### DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ___Thirteen___ day of ___November___, ___2007___, and an affidavit on behalf of the plaintiff(s) having been filed, it is this ___Eleventh___ day of ___November___, ___2007___ declared that DEFENDANT AND HIS WERE DULY SERVED BY ESQUIRE PROCESS SERVERS

AND , UNDER RULE 65.1 AND THE EQUAL OPPORT;UNITY CLAUSE OF THE 14 TH

UNITED STATES CONSTITUTIONAL AMENDMENT AND RULE 65.1 OF THE DISTRICT OF

COLUMBIA FEDERAL CODE RETURNS PROPERLY FILED IN THE FEDERAL COURTFOR THE DISTRICT

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

**RECEIVED**

DEC 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT