Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES G. KING, JR.
_____
Plaintiff(s)

Civil Action No. **07-1999 (HHK)**

v.


WELLS FARGO BANK
_____
Defendant(s)


RE:  WELLS FARGO BANK


### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint     on     November 30, 2007     , and an affidavit on behalf of the plaintiff having been filed, it is this __28th__ day of __December__ , __2007__ declared that  defendant(s) is/are in default.


NANCY MAYER-WHITTINGTON, Clerk


By: _____
Deputy Clerk