THE U S DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES G. KING,JR. PLAINTIFF

V

WELLS FARGO BANK NA DEFENDANT F et. Al.

CASE #1:07-01999 HHK

PLAINTIFFS' WRIT OF SUMMARY JUDGMENT

**RECEIVED**

JAN - 4 2008

**NANCY MAYER WHITTINGTON, CLERK**
U.S. DISTRICT COURT

SUBJECT ;MOTION FOR SUMMARY JUDGMENT

(et sequet to intertainment of res judicata and it's appendages)

NOW HERE COMES PLAINTIFF AND HIS, IN ACCORDANACE TO AND

WITH FEDERAL PUBLIC LAW 65.1 AND THE UNITED STATES CONSTITUTIONAL

AMENDMENT FOURTEEN AND ITS' EQUAL OPPORTUNITY CLAUSE TO

OFFER ANOTHER 'MINUTE MOTION' (WITH GOOD AND JUST CAUSE)- TO BE
INTERTAINED PER HON. HENRY H .KENNEDY; ;WHICH SHALL MOVE THIS COURT
TO SUMMARY JUDGMENT FOR PLAINTIFF AND HIS.

REASONS

1. DEFT AND HIS HAVE NOT TO DATE PRODUCED FOR THIS COURT OR ANY OTHER COURT A VALID LEASE TRANSFER AGREEMENT RELATED TO THE VENUE (5321 BLAINE STREEET,N.E., DC.20019
2. DEFT HAS NOT TO DATE PRODUCED ANY VALID 'WRIT OF ACCELERATION', INVOLVING OR DESCRIBING ANY FIRST TRUST NOTE
3. HELD PER VENUE 5321 BLAINE STREET,NE, DC. 20019 AT THIS POINT IN TIME AND SPACE (12/04/07 ).
4. DEFT HAS NOT TO DATE PRODUCED AND WRITTEN EVIDENCE OF A $3000.00 NEGATIVE ESCROW BALANCE ACQUIRED PER HIS TAKE OVER OF A FIRST TRUST MORTGAGE NOTE HELD AGAINST THE PROPERTY AND VENUE 5321 BLAINE STREET,NE, DC 29919 FROM THE PREVIOUS MORTGAGE NOTE HOLDER (ONE) WASHINGTON MUTUAL HOME MORTGAGE GROUP ,MILWAUKEE WISCONSIN

PLAINTIFF PLEADS 'READY COURT' FOR THE ABOVE AND OTHER REASONS.

SIGNATORY

MR. JAMES G. KING, JR.

*James G. King, Jr. (Christ - 7731 U.S.Sch.)*

*Mr. James G. King, Jr.*

MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR

SUMMARY JUDGMENT

L C V R 7

MOTIONS SECTION (G )

'MOTIONS TO VACATE DEFAULT;VERIFIED ANSWER.

MOTIONS AND AFFIDAVITS TO VACATE AN ENTRY OF DEFAULT,OR A JUDGMENT OF

DEFAULT ,OR BOTH SHALL BE ACCOMPANIED BY A VERIFIED ANSWER PRESENTING A

DEFENSE SU;FFICIENT TO BAR THE CLAIM IN WHOLE  ƆR IN PART.

ISSUE

AS OF DATE 01-03-08 HAS DEFT PROVIDED TO THIS COURT THE PROPER "VERIFIED ANSWER"?


L C R 57.5

PRIORITY (ACCORDED APPELLATE COURTS}

TRIAL PROCEEDINGS IN THIS COURT WILL YIELD AND IF UNDEER WAY WILL BE HELD IN ABEYANCE, DURING ARGUMENT BY TRIAL COUNSEL IN AN APPELLATE COURT.

(CF. COMPLAINT *042201-07 IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA WAS CALLED AND SUBSEQUENTLY DISMISSED UNDER RULE 11  THAT COURT  ON DATE _12/21/07_.

WHEN DEFT AND HIS FAILED TO APPEAR AND OR PROSECUTE THEIR COMPLAINT.)

NOTE:IF A COMPLAINT IS BASED UPON A BREACH OF CONTRACT A PROMISSORY NOTE OR FOR AN ASCERTAINABLE SUM , THE CLERK CAN ENTER DEFAULT JUDGMENT IF IT IS FOR ALL THE CLAIMS AND ALL PARTIES.

```
        TRANSMISSION VERIFICATION REPORT

                                       TIME   : 01/04/2008 13:56
                                       NAME   : FEDEX KINKOS-1829
                                       FAX    : 13018816309
                                       TEL    : 13018816810
                                       SER.#  : 000F7N136523


DATE,TIME                  01/04  13:53
FAX NO./NAME               18662781179
DURATION                   00:02:41
PAGE(S)                    08
RESULT                     OK
MODE                       STANDARD
                           ECM
```

**RECEIVED**

JAN - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
                TRANSMISSION VERIFICATION REPORT

                                            TIME    : 01/04/2008 13:59
                                            NAME    : FEDEX KINKOS-1829
                                            FAX     : 13018816309
                                            TEL     : 13018816810
                                            SER.#   : 000F7N136523


   DATE,TIME                      01/04 13:58
   FAX NO./NAME                   18662781179
   DURATION                       00:00:48
   PAGE(S)                        02
   RESULT                         OK
   MODE                           STANDARD
                                  ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 01/04/2008 13:16
NAME    : FEDEX KINKOS-1829
FAX     : 13018816309
TEL     : 13018816810
SER.#   : 000F7N136523
```

```
DATE,TIME            01/04  13:16
FAX NO./NAME         8662781179
DURATION             00:00:00
PAGE(S)              00
RESULT               CANCEL
MODE                 STANDARD
```

```
                TRANSMISSION VERIFICATION REPORT

                                              TIME    : 01/04/2008 13:15
                                              NAME    : FEDEX KINKOS-1829
                                              FAX     : 13018816309
                                              TEL     : 13018816810
                                              SER.#   : 000F7N136523


    DATE,TIME                           01/04  13:15
    FAX NO./NAME                        18662781179
    DURATION                            00:00:00
    PAGE(S)                             00
    RESULT                              BUSY
    MODE                                STANDARD


            BUSY:  BUSY/NO RESPONSE
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 01/04/2008 13:14
NAME   : FEDEX KINKOS-1829
FAX    : 13018816309
TEL    : 13018816810
SER.#  : 000F7N136523
```

```
DATE,TIME              01/04  13:14
FAX NO./NAME           18662781179
DURATION               00:00:00
PAGE(S)                00
RESULT                 BUSY
MODE                   STANDARD
```

BUSY: BUSY/NO RESPONSE




# Fax Cover Sheet

FedEx Kinkos of Rockville Maryland   Telephone: 301.881.6810  Fax: 301.881.6309

Date __01/04/08__

To:
Name __Wells Fargo Bank, NA, Home Mortgage Litigation, Dept.__

Company __Wells Fargo Bank, et, al.__

Telephone __(515) 237-7900__

Fax __# 866-278-1179__

Number of pages ____ (including cover page)

From:
Name __G 56-7731 U.S. Sct. (Mr. James G. King)__

Company __N/A__

Telephone __(240)-672-3045__

Comments

Res, Judicata infra cause # 107-01999 - U.S. Dist. Ct, - Washington, D.C.,

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

JURY, PROSE-NP, TYPE-D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-01999-HHK
# Internal Use Only

| | |
|---|---|
| KING v. WELLS FARGO BANK | Date Filed: 11/06/2007 |
| Assigned to: Judge Henry H. Kennedy | Jury Demand: Plaintiff |
| Cause: 12:3410 Right to Financial Privacy Act | Nature of Suit: 220 Real Property: Foreclosure |
| | Jurisdiction: Federal Question |

**Plaintiff**

JAMES G. KING, JR.　　represented by　JAMES G. KING, JR.
105-32 131 Street
P. O. Box 3411039
Jamaica, NY 11434
(240) 672-3045
PRO SE

V.

**Defendant**

**WELLS FARGO BANK**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 1 | COMPLAINT against WELLS FARGO BANK ( Filing fee $ 350, receipt number 4616008045) filed by JAMES G. KING, JR. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 11/07/2007) |
| 11/06/2007 | | Summons (1) Issued as to WELLS FARGO BANK. (lc, ) (Entered: 11/07/2007) |

| 11/06/2007 | ●2 | MOTION for Temporary Restraining Order by JAMES G. KING, JR (lc, ) (Entered: 11/07/2007) |
| --- | --- | --- |
| 11/07/2007 | ● | (Court only) ***Staff notes (tg, ) (Entered: 11/07/2007) |
| 11/09/2007 | ●3 | ORDER denying 2 Motion for TRO (Kennedy, Henry) (Entered: 11/09/2007) |
| 11/09/2007 | ●4 | Civil Statement from Plaintiff, JAMES G. KING, JR. (lc, ) (Entered: 11/14/2007) |
| 11/16/2007 | ●5 | Amendment to 4 Civil Statement from JAMES G. KING, JR. (lc, ) (Entered: 11/19/2007) |
| 11/19/2007 | ●6 | Civil Statement from JAMES G. KING, JR.. (lc, ) (Entered: 11/20/2007) |
| 11/23/2007 | ●7 | Civil Statement from JAMES G. KING, JR... (jf, ) (Entered: 11/27/2007) |
| 12/07/2007 | ●8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WELLS FARGO BANK served on 11/30/2007, answer due 12/20/2007 (lc, ) (Entered: 12/10/2007) |
| 12/17/2007 | ●9 | AFFIDAVIT by JAMES G. KING, JR. (lc, ) (Entered: 12/18/2007) |

THE U S DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES G. KING,JR.  PLAINTIFF

    V

WELLS FARGO BANK  NA  DEFENDANT F et. Al.

                                                      CASE #1θ7-01999 HHK

PLAINTIFFS' WRIT OF SUMMARY JUDGMENT

SUBJECT ;MOTION FOR SUMMARY JUDGMENT

(et sequet to intertainment of res judicata and it's appendages)

NOW HERE COMES PLAINTIFF AND HIS, IN ACCORDANACE TO AND WITH FEDERAL PUBLIC LAW 65.1 AND THE UNITED STATES CONSTITUTIONAL AMENDMENT FOURTEEN AND ITS' EQUAL OPPORTUNITY CLAUSE TO OFFER ANOTHER 'MINUTE MOTION' (WITH GOOD AND JUST CAUSE)- TO BE INTERTAINED PER HON. HENRY H .KENNEDY; ;WHICH SHALL MOVE THIS COURT TO SUMMARY JUDGMENT FOR _PLAINTIFF AND HIS.

REASONS

1. DEFT AND HIS HAVE NOT TO DATE PRODUCED FOR THIS COURT OR ANY OTHER COURT A VALID LEASE TRANSFER AGREEMENT RELATED TO THE VENUE (5321 BLAINE STREEET,N.E., DC.20019 )
2. DEFT HAS NOT TO DATE PRODUCED ANY VALID 'WRIT OF ACCELERATION', INVOLVING OR DESCRIBING ANY FIRST TRUST NOTE
3. HELD PER VENUE  5321 BLAINE STREET,NE, DC. 20019  AT THIS POINT IN TIME AND SPACE (12/04/07 ).
4. DEFT  HAS NOT TO DATE PRODUCED AND WRITTEN EVIDENCE OF A $3000.00 NEGATIVE ESCROW BALANCE ACQUIRED PER HIS TAKE OVER OF A FIRST TRUST MORTGAGE NOTE HELD AGAINST THE PROPERTY AND VENUE 5321 BLAINE STREET,NE, DC 29919 FROM THE PREVIOUS MORTGAGE NOTE HOLDER (ONE) WASHINGTON MUTUAL HOME MORTGAGE GROUP ,MILWAUKEE WISCONSIN;

PLAINTIFF  PLEADS 'READY COURT' FOR THE ABOVE AND OTHER REASONS.

SIGNATORY

MR. JAMES G. KING, JR.

*James G. King, Jr. (G.56-7731 U.S. Sct.)*

# DISTRICT OF COLUMBIA—REALTY—SECURITY INTERESTS

## PUBLIC LAW 90-566; 82 STAT. 1002

[S. 2592]

An Act to amend section 539 of the Act approved March 3, 1901, so as to provide notice of the enforcement of a security interest in real property in the District of Columbia to the owner of such real property and the Commissioner of the District of Columbia.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That:*

Section 539 of the Act approved March 3, 1901 (31 Stat. 1274), as amended (D.C.Code, sec. 45-615), is amended by inserting the words "AND NOTICE TO BE GIVEN" immediately after the words "TERMS OF SALE" in the title of said section, inserting the subsection designation "(a)" immediately before the first word of such section, and by adding the following:

"(b) No foreclosure sale under a power of sale provision contained in any deed of trust, mortgage or other security instrument, may take place unless the holder of the note secured by such deed of trust, mortgage, or security instrument, or its agent, gives written notice, by certified mail return receipt requested, of said sale to the owner of the real property encumbered by said deed of trust, mortgage or security instrument at his last known address, with a copy of said notice being sent to the Commissioner of the District of Columbia, or his designated agent, at least 30 days in advance of the date of said sale. Said notice shall be in such format and contain such information as the District of Columbia Council shall by regulation prescribe. The 30-day period shall commence to run on the date of receipt of such notice by the Commissioner. The Commissioner or his agent shall give written acknowledgment to the holder of said note, or its agent, on the day that he receives such notice, that such notice has been received, indicating therein the date of receipt of such notice. The notice required by this subsection (b) in regard to said mortgages and deeds of trust shall be in addition to the notice described by subsection (a) of this section."

Approved October 12, 1968.

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

MR. JAMES G. KING ,JR                Civil Action No. 1:07-cv-50909

VS

WELLS FARGO BANK,NA

DEFENDANT

**RECEIVED** DEC 09 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _thirtiest_ day of _november_, _2007_, and an affidavit on behalf of the plaintiff(s) having been filed, it is this _Eleventh_ day of _November_, _2007_ declared that

DEFENDANT AND HIS WERE DULY SERVED BY ESQUIRE PROCESS SERVERS

AND , UNDER RULE 65.1 AND THE EQUAL OPPORT;UNITY CLAUSE OF THE 14 TH

UNITED STATES CONSTITUTIONAL AMENDMENT AND RULE 65.1 OF THE DISTRICT OF

COLUMBIA FEDERAL CODE RETURNS PROPERLY FILED IN THE FEDERAL COURTFOR THE DISTRICT

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

MR. JAMES G. KING, JR

VS

Civil Action No. 1:07-cv-01999 HHK

WELLS FARGO BANK, NA

DEFENDANT

### AFFIDAVIT IN SUPPORT OF DEFAULT

pro se  I hereby certify under penalty of perjury, this __26__ day of __December__, __2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Wells Fargo Bank, Na__

was [were]:    [personally served with process on __11/29/07__ ].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): __November 30th, 2007__ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_Mr. James G. King, Jr._
Pro se Attorney for Plaintiff(s) [signature]
G56-7731 U.S.Sct.
P.O. Box 341193
Jamaica, NY. 11434

Bar Id. Number
Pro se (G56-7731 U.S.Sct.)

Address and Telephone Number

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CO-932
Rev. 4/96

**NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT**

Civil Action No. __04 2201-07__
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[X]   (a)   relates to common property

[X]   (b)   involves common issues of fact

[X]   (c)   grows out of the same event or transaction

[ ]   (d)   involves the validity or infringement of the same patent

[ ]   (e)   is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [X] ( 1:07-cv-01999  *New Case* )

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT): __In The Superior Court For The District of Columbia__

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

__Alvin Gross, Jr. - Plaintiff__ v. __James G. King, Jr__ C.A. No. __042201-07__

__12/12/07__        __alleged Defendant - James G. King, Jr__
DATE            Signature of Plaintiff/Defendant (or counsel)

CO-547
Rev. 3/84

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
          Plaintiff          )
                             )
vs.                          )          Civil Action No. _____
                             )          In re:
_____  )
          Defendant                     _____
                                              (Defendant)

(NA) J.K.
## MILITARY AFFIDAVIT
not applicable

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this _____ day of _____,
_____, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a _____.

                        mr. James J. King, Jr.
                   _____
        Pro Se Attorney for Plaintiff
                   G.56-7731 U.S.Sct.
                   _____
                   P.O. Box 341193
                   _____
                   Jamaica, N.Y. 11434
                   _____
                              Address

IN THE SUPERIOR COURT FOR THE
DISTRICT OF COLUMBIA

ALVIN E. GROSS, JR.                                    :

Plaintiff/Landlord (alleged)                           :       Complaint No. 042201 07

v.                                                     :

                                                       :

SQUATTERS                        :

   Defendant/Tenant

### AFFIDAVIT

I hereby certify that on 12/12/2007, I filed a Response for James G. King, Jr. in the Landlord & Tenant, Superior Court for the District of Columbia. I also certify that I mailed a copy of the same Response to the Plaintiff, Alvin E. Gross, Jr. at 4401A Connecticut Avenue, NW, Suite 207, Washington, DC 20008-2322 on 12/13/2007.

_____
LESLIE D. JOHNSON, II
ESQ PROCESS SERVERS
51 Monroe Street
Suite 708
Rockville MD 20850
(301) 762-1350

SUBSCRIBED & SWORN TO BEFORE ME THIS 18TH DAY OF DECEMBER 2007.

_____
NOTARY PUBLIC
Commission Expires 10/12/2011

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH**
Bldg. B, 510 4th Street, NW, RM. 110
Washington, DC 20001   Telephone (202) 879-1152

042201 07 L&T.

Plaintiff/Landlord: Alvin E Gross Jr
vs.
Defendant/Tenant: Squatters

Address: 4401 A Connecticut Ave NW #207, Wash DC 20008
202-321-5336

Address: 5321 Blaine St NE, Washington, D.C. 20019

## COMPLAINT FOR POSSESSION OF REAL ESTATE

DISTRICT OF COLUMBIA, ss:

Alvin E Gross Jr _____, being first duly sworn, states: ☒ he or she is the landlord and/or ☐ licensed real estate broker or ☐ the landlord's authorized agent of the house, apartment or office located at 5321 Blaine St NE 20019, Washington, D.C.

The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:

A. ☐ The tenant failed to pay: $ _____, total rent due from _____ to _____ ; $ _____ late fees; and/or $ _____, other fees (Specify) _____.
The monthly rent is $ _____. The total amount due to the landlord is $ _____.
Notice to quit has been: ☐ served as required by law  ☐ waived in writing.

B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).

C. ☒ For the following reason: (explain fully)
Vacant and abandon property with squatters in illegal possession

Notice to quit is: ☐ not required   ☐ waived in writing   ☐ other

Therefore, the landlord asks the Court for:
☒ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $ _____.
☐ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

Subscribed before me this 11-30-07 day of _____

Notary Public _____    My Commission expires _____

## SUMMONS — TO APPEAR IN COURT

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON DEC 2 1 2007, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 510 4th Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

## CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL DEC 2 1 2007, A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, Edificio B, 510 4th Street N.W. a contestar la demanda entablada ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador

Address/Direccion    Zip Code/Codigo postal

No / No. Unified Bar No.
No. de afiliación
Sociedad de Abogados

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

Costs of this suit to date are
Costos del juicio hasta la fecha
$ 35.00