U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

JAMES G. KING

V

WELLS FARGO BANK NA                    CASE NO. 1:07-CV-01999 :H H K


ARGUMENTUM-

CAUSE 12-3410 –RIGHT TO FINANCIAL PRIVACY ACT, HAVING IN NATURE 220 REAL PROPERTY

CAUSE AT HAND FORECLOSURE. (AND DUE TO FEDERAL LAND ACTS ,POSES THE FEDERAL QUESTION

(DOES PLAINTIFF AND HIS RETAIN THE CONTRACTUAL LEASE RIGHTS WHERE DEFT HAS DEVOID ANY

WRIT OF ACCELERATION OF THE EXISTING FIRST TRUST MORTGAGE HURRY TO FORECLOSURE , AND

AUCTION.

PLAINTIFF AND HIS ON DATE 11-06-07 FILED A COMPLAINT (RECEIPT NO. 4616008045} IN THE
U.S.DISTRICT COURT FOR THE DISTRICT OF COLUMBIA , UNDER THE DOCTRINE OF LACHES , AND ITS

EXTENSIONS-THE DOCTRINE OF TRESPASS.

THE COMPLAINT WAS SERVED PER PROCESS ON LL-/30/07 AND RETURN OF SERVICE/AFFIDAVIT OF
SUMMONS AND COMPLAINT EXECUTED . WELLS FARGO BANK SERVED ON 11-30-07, WITH AN
ANSWER TO THE COMPLAINT DUE TO PLAINTIFF AND THIS COURT DUE ON OR BEFORE 12-20-07LC.

(CF. THE DOCTRINE OF LACHES AND ITS APPENDAGES).

CLERK'S ENTRY OF DEFAULT AS TO WELLS FARGO BANK (TG) WAS OF RECORD WITH THIS COURT AS OF
DATE 12-28-07 AND A SUBSEQUENT SEARCH OF THE RECORD REVEALED NO ATTEMPT TO COMPLY.

NOTE: A RELATED CAUSE (ONE) NO. 042201 IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

WAS HEARD AND DISMISSED ON 12-21-07 FOR A FAILURE TO APPEAR AND PROSECUTE , UNDER RULE
11, OF THE SUPERIOR COURT RULE, FOR THE DISTRICT OF COLUMBIA . (CF. THE DOCTRINE OF
TRESPASS).

NOW HERE COMES PLAINTIFF AND HIS TO STAND ON THE FOLLOWING:

THE DOCTRINE OF LACHES          |____ SUBSTANSIVE LAW

THE DOCTRINE OF TRESPASS

**RECEIVED**

JAN - 7 2008

*James G. King, Jr*
*G.56-7731 U.S. Set,*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT