IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES G. KING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01999-HHK |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PAPERS

WILL THE CLERK OF THE COURT please note that the undersigned attorney appears

for Defendant Wells Fargo Bank, N.A. and requests that notices given or required to be given in

this case including, but not limited to, orders, reports, pleadings, motions, applications, petitions,

requests, complaints or demands, whether formal or informal, whether transmitted or conveyed

by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the

undersigned attorney for Wells Fargo Bank, N.A. at the address, telephone number and email

address set forth below:

> Rita Ting-Hopper #481136
> Draper & Goldberg, PLLC
> 803 Sycolin Road, Suite 301
> Leesburg, Virginia 20175
> 703-777-7101
> ritat@drapgold.com

2

Respectfully Submitted,


 /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2008, a copy of Defendant Wells

Fargo Bank, N.A.'s *Notice of Appearance and Request for Service of Notices and Papers* was

filed electronically with the Court and sent via US First Class Mail, postage paid, to:


James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*


 /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*