IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01999-HHK |
| ) | |
| WELLS FARGO BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT AND VACATE DEFAULT**

COMES NOW, Defendant Wells Fargo Bank, National Association ("Wells Fargo"), formerly known as Wells Fargo Bank, by and through Counsel Draper & Goldberg, PLLC, and hereby files this Motion to Quash Service of Summons and Complaint and Vacate Default pursuant to Federal Rules of Civil Procedure and as grounds therefore states as follows:

**I. Background**

1.  This Complaint was filed pro se on November 6, 2007. The Complaint and Summons were allegedly mailed to Defendant Wells Fargo without identification of an officer, registered agent or any particular person. On or about December 7, 2007, an Affidavit of Service was filed by a process server indicating that Defendant Wells Fargo received a certified mailing of the Summons and Complaint on November 30, 2007 ("Affidavit"). A true and correct copy of the Affidavit of Service is attached as Exhibit "1."

2.  Plaintiff has incorrectly identified Defendant Wells Fargo Bank, which was renamed Wells Fargo Bank, National Association in 1968. A true and correct copy of the Institution History from the Federal Financial Institutions Examinations Council is attached as Exhibit "2."

3.     The Affidavit indicated that the Summons and Complaint were mailed on December 3, 2007, but were received on November 30, 2007 (before it was even mailed), which is a factual impossibility. Therefore there is an obvious error in the Affidavit.

4.     As a result of the Affidavit of Service, this Court entered a default against Defendant Wells Fargo on December 28, 2007. A true and correct copy of the Default is attached as Exhibit "3."

## II. Argument

### Plaintiff Failed to Properly Serve Defendant Pursuant to FRCP Rule 4

Federal Rules of Civil Procedure ("FRCP") Rule 4 governs service requirements. FRCP Rule 4(h) authorizes service in the Federal Court in any manner permitted by the forum's State Law.

FRCP Rule 4(h) states:

> 4(h) Service Upon Corporations and Associations.
>
> Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant, or
>
> (2) in a place not within any judicial district of the United States in any manner prescribed for individuals by subdivision (f) except personal delivery as provided in paragraph (2)(C)(i) thereof.

In the District of Columbia, Rule 4(h) of the Superior Ct. Civil Procedure Rules states:

> 4 (h) Service upon corporations and associations.
>
> Unless otherwise provided by applicable law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which an acknowledgment of service has not been obtained and filed, shall be effected:

2

> (1) within the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons, complaint and initial order to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant, or
>
> (2) in a place not within the United States in any manner prescribed for individuals by subdivision (f) except personal delivery as provided in paragraph (2)(C)(i) thereof.

Plaintiff failed to serve Wells Fargo by the manner required under the Federal Rules and the Rules of the District of Columbia. In this case, the Summons and Complaint was not delivered to *any* identified agent. As per the Affidavit and the Return Receipt of the Certified Mail, only Wells Fargo Bank was identified instead of an agent authorized to accept service. Simply addressing the mail to a corporation generally will not suffice as proper service. See *Larsen v. Mayo Med. Ctr.*, 218 F.3d 863 (8th Cir. 2000).

Rule 4(h) specifically requires that the Summons and Complaint be delivered to "a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process…." The rule is clear that it must appear that any agent who accepts service must be shown to have been authorized to bind his principal by the acceptance of process.

As a result of Plaintiff's failure to serve an agent authorized to accept service, Wells Fargo was unable to ensure timely and appropriate response. As a result of Plaintiff's failure to comply with Rule 4(h), service is improper. As a result of incomplete service, Wells Fargo also requests the Default entered on December 28, 2007 be vacated.

**III. Reservation of Rights**

By filing this Motion, Wells Fargo is not waiving its right to proper service and reserves the right to assert all defenses available under law.

WHEREFORE, the premises considered, Wells Fargo respectfully requests that this

Court grant Defendant's Motion to Quash Service of Summons and Complaint and to Vacate Default.

Respectfully Submitted,

 /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of February, 2008, a copy of *Defendant Wells Fargo Bank's Motion to Quash Service of Summons and Complaint and Motion to Vacate Default* was filed electronically with the Court and sent via US First Class Mail, postage paid, to:

James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*

      /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
## District of Columbia

Mr. James G. King, Jr.
V.
Wells Fargo Bank

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-01999
Assigned To : Kennedy, Henry H.
Assign. Date : 11/6/2007
Description: TRO/PI

CAS

TO: (Name and address of Defendant)
Wells Fargo Bank
One - Home Campus
Des Moines, Iowa, 50328

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Pro Se Mr. James G. King, Jr.
105-32 131 st., P.O. Box 341139
Jamaica, N.Y. 11434
(240) 672-3045

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**
DEC - 7 2007

NANCY MAYER-WHITTINGTON
CLERK

NOV - 6 2007
DATE

(By) DEPUTY CLERK

Exhibit 1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/30/07 |
| NAME OF SERVER (PRINT) LESLIE D JOHNSON, II | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT CERTIFIED MAIL, RETURN RECEIPT NUMBER 7004 1160 0005 9141 5897

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 70.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-7-07
Date

Signature of Server

ESQ PROCESS SERVERS
51 Monroe Street
Suite 708
Address of Server Rockville, MD 20850

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JAMES G. KING, JR. :

:

Plaintiff : Case No. 1:07-cv-01999

:

v. :

:

WELLS FARGO BANK :

Defendant

AFFIDAVIT OF SERVICE OF PROCESS

I hereby certify that on 12/3/2007, the Summons in a Civil Case, Notice of Foreclosure Sale of Real Property or Condominium Unit, Complaint, and Attachments issued on 11/6/2007 was mailed under my direction, certified mail number 7004 1160 0005 9141 5897. The return receipt, attached hereto, indicates that Defendant, Wells Fargo Bank, received the documents listed above on 11/30/2007.

LESLIE D. JOHNSON, II
ESQ PROCESS SERVERS
51 Monroe Street
Suite 708
Rockville MD 20850
(301) 762-1350

SUBSCRIBED & SWORN TO BEFORE ME THIS 3RD DAY OF DECEMBER 2007.

NOTARY PUBLIC
Commission Expires 12/1/2009

Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Wells Fargo Bank
    One Home Campus
    Des Moines, IA
    50328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service lab)    7004 1160 0005 9141 5897

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit 1



| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
|---|---|---|---|
| BHCPR Peer Reports | FAQ | | |

**Institution History for** WELLS FARGO BANK, NATIONAL ASSOCIATION (451965)

5 institution history record(s) found.                                    < Previous  Page  1     Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | WELLS FARGO BANK located at 420 MONTGOMERY STREET, SAN FRANCISCO, CA was **established** as a State Member Bank. |
| 1960-03-25 | WELLS FARGO BANK was **renamed** to WELLS FARGO BANK AMERICAN TRUST COMPANY. |
| 1962-01-31 | WELLS FARGO BANK AMERICAN TRUST COMPANY was **renamed** to WELLS FARGO BANK. |
| 1968-08-16 | WELLS FARGO BANK was **renamed** to WELLS FARGO BANK, NATIONAL ASSOCIATION and **changed** from State Member Bank to National Bank. |
| 2004-02-20 | WELLS FARGO BANK, NATIONAL ASSOCIATION **moved** to 101 NORTH PHILLIPS AVENUE SIOUX FALLS, SD. |

Page 1 of 1

NIC Home    |    FAQ    |    Help    |    Contact Us

Exhibit 2

Case No. 1:07-cv-01999-HHK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES G. KING, JR.

Plaintiff(s)

v.

Civil Action No. 07-1999 (HHK)

WELLS FARGO BANK

Defendant(s)

RE: WELLS FARGO BANK

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 30, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01999-HHK |
| ) | |
| WELLS FARGO BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

UPON CONSIDERATION of Defendant Wells Fargo Bank, National Association's Motion to Quash Service of Summons and Complaint and Motion to Vacate Default, it is hereby

ORDERED that the Motion to Quash Service of Summons and Complaint is GRANTED; and it is further

ORDERED that the Default against Defendant Wells Fargo Bank entered on December 28, 2007, is VACATED.

_____
Judge, United States District Court for the
District of Columbia

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of February, 2008, a copy of Defendant Wells Fargo Bank's *Order* was filed electronically with the Court and sent via US First Class Mail, postage paid, to:

James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*

  /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*