IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. KING, JR.,    )
            )
    Plaintiff,   )
            )
  v.        )   Case No. 1:07-cv-01999-HHK
            )
WELLS FARGO BANK, N.A.  )
            )
    Defendant.  )
            )

## DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFF'S "MOTION TO SUSTAIN SUMMARY JUDGMENT"

COMES NOW, Defendant Wells Fargo Bank, National Association ("Wells Fargo"), formerly known as Wells Fargo Bank, by and through Counsel Draper & Goldberg, PLLC, and hereby files this Response to Plaintiff's Motion to Sustain Summary Judgment ("Motion") and states as follows:

1.  This Complaint was filed pro se on November 6, 2007. Defendant's Counsel recently received a Motion entitled "Motion to Sustain Summary Judgment," which, it appears, has not been filed with the Court. See "Exhibit 1," attached hereto.

2.  The Motion did not seek Summary Judgment, but rather contained incoherent sentences with random citations to various Rules. Plaintiff failed to comply with FRCP Rule 7, which requires Plaintiff to state with particularity the grounds to the Motion and set forth the relief or order sought.

3.  To the extent that Plaintiff may be seeking Summary Judgment under Rule 56, Plaintiff failed to state the reasons why he is entitled to judgment as a matter of law and further failed to state any undisputed facts. Therefore Plaintiff's request for Summary Judgment should be denied.

4.      The content of the Motion suggests that Plaintiff is responding to the Motion to Quash filed by Defendant.  Plaintiff appears to suggest that the doctrine of laches and the doctrine of trespass should apply.

5.      To the extent that Plaintiff is trying to object to the Motion to Quash, neither the doctrine of laches nor trespass is a recognizable objection to a Motion to Quash Service of Process.  Nor are the doctrines applicable, relevant or sensible as mentioned in the Motion.

WHEREFORE, the premises considered, Wells Fargo respectfully requests that this Court deny Plaintiff's Motion to Sustain Summary Judgment and grant Defendant's Motion to Quash Service of Summons and Complaint and to Vacate Default pending before the court.

Respectfully Submitted,


 /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia  20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 13th day of March, 2008, a copy of *Defendant Wells Fargo Bank, National Association's Response to Plaintiff's "Motion to Sustain Summary Judgment"* was filed electronically with the Court and sent via US First Class Mail, postage prepaid, to:

>   James G. King, Jr.
>   105-32 131[st] Street
>   P.O. Box 341139
>   Jamaica, New York  11434
>   *Plaintiff, Pro se*

>   _/s/  Rita Ting-Hopper_
>   L. Darren Goldberg #450336
>   Rita Ting-Hopper #481136
>   Draper & Goldberg, PLLC
>   803 Sycolin Road, Suite 301
>   Leesburg, Virginia  20175
>   703-777-7101
>   ritat@drapgold.com
>   *Counsel for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

COLUMBIA

JAMES G, KING, JR,  PLAINTIFF

CASE NO. 1:07-CV-01999 -HHK

V.


WELLS FARGO  BANK  NA ,DEFENDANT

PLAINTIFF  JAMES G.KING JR  MOTION TO SUSTAIN SUMMARY JUDGMENT


BACKGROUND

1. THE ORIGINAL COMPLAINT  WAS FILED pro se ON NOVEMBER 6,2007.IN ACCORDANCE WITH
2. FEDERAL RULE 65.1.
3. THE IDENTIFICATION   , A=ASSOCIATION AND THEN=NATIONAL

ESQUIREPROCESS SERVERS,INC. IN THE FACT OF LAW PROPERLY SERVE THE COMPLAINT INFRA

CAUSE 1:07-CV-01999 UNDER THE GUIDANCE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA IS A FACT OF LAW.

NOTE; THIS FACT OF LAW WAS DISPUTED IN ITEM 2 OF DEFENDANTS' MOTION TO QUASH FILED ON FEB, ..14,2008 (THE VERY FIRST AND ONLY ENTRY UPON THE RECORD IN THIS CAUSE OF ACTION.WHICH IS

UNTIMELY ACCORDING TO THE DOCTRINE OF LACHES (THE ENTRY EXCEEDS THE TWENTY DAY LACHE PERIOD AS MANDATED UNDER RULE 65.1 A FEDERAL RULE TO THE FORUM FOR THE DISTRICT OF COLUMBIA  CIRCUIT.)

NOTE:THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA ,IT'S COURT CLERK AND ASSISTANTS ARE VERY STRICT IN THEIR OBSERVANCE OF THE FILING LAWS AND REQUIREMENTS.(SEE  ITEM 8 OF THE CIVIL DOCKET FILE IN THIS CAUSE.)

FEDERAL RULES OF CIVIL PROCEDURE , SPECIFICALLY RULE 4(h)authorizes service in the Federal  court of any party privy  the states'forum.

COMES NOW PLAINTIFF AND HIS TO ASSERT FOR THE RECORD THAT SERVICE OF THE COMPLAINT UPON THE DEFENDANT AND HIS WAS COMMENCED ON  NOVEMBER30,2007 AND COMPLETED ON OR ABOUT DECEMBER 7,2007.

Exhibit 1

MOTION

COMES NOW PLAINTIFF AND HIS TO ENTER UPON THE RECORD A MINUTE MOTION , UPHOLDING THE COURTS'POWER UNDER FEDERAL RULE TO ENFORCE AND UPHOLD RULE 65.1  AND ITS

APPENDAGES ,FEDERAL RULE 4 AND ITS'APPENDAGES TO THE FULLEST EXTENT OF THE LAW IN THIS CAUSE OF ACTION.

REASONS

THE DOCTRINE OF LACHES PROVIDES  FOR LEGAL AND ORDERLY PROCESSES TOWARDS THE ENDS OF JUSTICE.

THE DOCTRINE OF TRESPASS ORDERS AND QUANTIFIES THE EXTENT OF INTRUSIONS INTO CORPORATE STRUCTURES AND THEIR FRAENCHISES.

PLEADINGS

PLAINTIFF ENTERS AND CERTIFIES HIS MOTION FOR SUMMARY JUDGMENT  BASED UPON  THE PREMISES  (LC VR  56.1AND  ITS ADJUNCTS LCvR 7(a],[b] and [c] ),

CERTIFICATION(THE DOCTRINE OF LACHES AND THE DOCTRINE OF TRESPASS ].

SIGNATORY, MR. JAMES G,KING, JR.

James B, King, Jr. (G.56-7731 U.S.Sct

- Certificate of Service

I, once Mr. James B. King, hereby certify that on this 18th Day of Feb, 2008 a copy of plaintiffs' 'motion to sustain' infra # 1:07-CV-01999-HHK was sent via U.S. First class mail, Postage paid To:

Atty: Rita Ting Hopper
%o L. Darren Goldberg
803 Sycolin Rd. Suite 301
Leesburg, Va. 20175

Mr. James B. King
G.56-7731 U.S.Sct.
P.O. Box 341193
Jamaica, N.Y. 11434

Exhibit 1

- Documents -
1:07-CV-01999-HHK

Exhibit 1

The U.S. District Court.
For The District of Columbia

RECEIVED

NOV – 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES G. King – plaintiff

v.

Wells Fargo Bank, Na.

Case#. 07-1999 (HHK)

Plaintiff's – Writ of Restitution

Exhibit 1

FILED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The U.S. District Court
For The District of Columbia

2007 NOV 16 AM 7: 23

NANCY M.
MAYER-WHITTINGTON
CLERK

James G. King - Plaintiff                    Case # 107-1999 (NNK)

        v

Wells Fargo Bank-NA

        Plaintiffs Writ of Restitution

Exhibit 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAMES G. KING,JR.                                    CASE #107-1999 NHK

      V.

WELLS FARGO BANK  NA

PLAINTIFF'S WRIT OF REPLEVIN

Exhibit 1

THE UNITED STAATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CASE #107=1999 NHK



JAMES G. KING,JR

V.

WELLS FARGO BANK NA

MOTION;WRIT OF CERTIORARI

FOREWORD

PLEASE FILE THESE ENTRIES OF PRAECIPEIN CAUSE 107-1999 NHKAND BE RECEPTIVE

TO THE ACCOMPANYING 'MINUTE MOTION'TO BE INTERTAINED PER HON.HENRY H. KENNEDY.

SIRS:

COMES NOW PLAINTIFF AND HIS IN ADHERANCE TO THE DOCTRINE OF 'NULLITY' TO REQUEST THE 'WRIT OF CERTIORARI'IN THIS CAUSE OF ACTION.

REASONS

1)THE RESEARCH REDQUEST SYSTEM OF THE CHEVY CHASE FEDERAL SAVINGS BANK 'S RESEARCH REQUEST SYSTEM AS OF DATE 11-20-07  HAS/IS COMPILINSG REQUEST  1 AND 2,AND RESEARCH IS ONGOING AT THE POINT IN TIME AND SPACE,TO LOCATE AND AUTHENICATE THE FOLLOWING PAYMENT HISTORY OF PLAINTIFF AND HIS HISTORY OF MONTHLY MORTGAGE PAYMENTS TO THE MORTGAGE HOLDER (ONE),WELLS FARGO BANK

OF A FIRST TRUST MORTGAGE NOTE HELD PER VENUE , 5321 BLAINE ST.,NE, DC.,20019.THE INTERIM OF INTEREST IS THE TIME INTERVAL (04-01-07 TO  11-20-07). TO SHOW DATE OF PAYMENT EACH MONTH AND THE EXACT AMOUNT PAID.

THE DISPLAY MODE OF THIS PARTIAL REPORT GOES TO SHOW AND SHALL SHOW 'GOOD AND JUST CAUSE'. FURTHER RETRIEVAL IS ONGOING WITH ACCOMPANYING DOCUMENTATION.

Exhibit 1



**Wells Fargo Home Mortgage**
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-0001

January 29, 2008

Montero Law Group, LLC
Attn: Jude Wikramanayake
1110 Bonifant Street, Suite 510
Silver Spring, MD 20910

Dear Montero Law Group, LLC:

RE: James G. King Jr. and Frances E. King
   Loan Number 936-8457577461
   Case 2265396

Wells Fargo Home Mortgage (WFHM) received correspondence regarding your Qualified Written Request regarding the above noted mortgage loan. Due to your legal representation of our borrower(s), I am able to respond directly to you. I have reviewed the information presented and would like to provide you with the details of my research.

We have reviewed your letter in which there were 23 specific requests for documentation and/or information regarding the activity of this account. In compliance with your request, please find enclosed a Customer Account Activity Statement, which outlines the complete payment history for both before and after the bankruptcy was filed, for the life of the loan.

I would also like to confirm that Wells Fargo Home Mortgage is the current holder of the mortgage for this loan and that the loan has a current interest rate of 8.500%. Please refer to the enclosed copy of the Mortgage/Deed of Trust, in which, Page 3, Section 7, references the charging of fees to the loan; as well as a copy of the Loan Modification Agreement with Transfer Rider and Bankruptcy Rider, two Notice to cure default letters and two returned payment letters. Any information you requested that has not been provided is privileged Wells Fargo Home Mortgage information and can not be released.

For additional information about the foreclosure or bankruptcy, please contact our attorney Shapiro & Burson at the following:

   Shapiro & Burson
   13135 Lee Hackson Highway, Suite 201
   Fairfax, VA 22032
   (703) 449-5800

If you have any additional questions or need clarification regarding the information provided, please contact me directly at (877) 501-0871, extension 40486. I am available to assist you Monday through Friday, 7:00 a.m. to 3:30 p.m., Central Time.

Sincerely,

*Gary Lingren*

Gary Lingren
Written Customer Contact

Enclosure(s)

Authorized users may contact our Customer Service Department at (800) 222-0238. Representatives are available for assistance Monday through Friday; 6:00 a.m. to 10:00 p.m.; and Saturday, 8:00 a.m. to 2:00 p.m.; Central Time.

PC003/CM9

# Exhibit 1

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.