UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | Civil Action 07-01999  (HHK) |

ORDER

Before the court are plaintiff's motion for summary judgment [#12] and defendant's motion to quash service of process and vacate the entry of default [#16].  Upon consideration of the motions, the opposition thereto, and the record of this case, it is this 14th day of March 2008, hereby

**ORDERED** that plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that defendant's motion to quash service of process and vacate the entry of default is **GRANTED.**

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge