IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES G. KING, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01999-HHK |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S
## MOTION TO DISMISS COMPLAINT

COMES NOW, Defendant Wells Fargo Bank, National Association ("Wells Fargo"), formerly known as Wells Fargo Bank, by and through Counsel Draper & Goldberg, PLLC, and hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Complaint and avers:

1. Plaintiff's Complaint fails to state a claim on which relief could be granted against Defendant.

2. Plaintiff failed to comply with Fed. R. Civ. P. Rule 8.

3. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendant Wells Fargo requests that the Complaint be dismissed.

Respectfully Submitted,

 /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia  20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2008, a copy of *Defendant Wells Fargo Bank, National Association's Motion to Dismiss Complaint* was filed electronically with the Court and sent via overnight delivery (UPS) to:

James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*


    /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01999-HHK |
| ) | |
| WELLS FARGO BANK, N.A. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Wells Fargo Bank, National Association ("Wells Fargo"), formerly known as Wells Fargo Bank, by and through Counsel Draper & Goldberg, PLLC, have moved pursuant to Fed. R. Civ. P. 12 (b)(6) to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Defendant Wells Fargo submits the following Memorandum of Law, and in support thereof states as follows:

**I.     INTRODUCTION**

The Complaint was filed pro se by Plaintiff. The Complaint, as well as the other Motions filed by Plaintiff, are incomprehensible. The Complaint contains incoherent sentences with random citations to various Rules.

**II.    ARGUMENT**

    **A.    Standards Governing The Granting Of A Motion To Dismiss For Failure To State A Claim Upon Which Relief Can Be Granted**

A court may grant a motion to dismiss under Fed. R. Civ. P. 12 (b)(6) if it appears "beyond doubt" that the Plaintiff "can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). In reviewing a motion to

dismiss for failure to state a claim upon which relief can be granted, the court must assume the truth of all relevant and material facts that are well pleaded and all inferences that can be reasonably drawn from those pleadings. *Id*. Plaintiffs are obliged to allege facts that satisfy each element required for a recovery under each theory in their claim, and cannot proceed on bald assertions and legal conclusions. See *Randall v. United States*, 30 F.3d 518, 522 (4th Cir. 1994), *cert. denied*, 514 U.S. 1007 (1995).

### B. Plaintiff Failed to State a Claim and Failed to Comply with Fed. R. Civ. P. Rule 8

Plaintiff's Complaint failed to state any sensible claim against Defendant. Plaintiff failed to comply with Fed. R. Civ. P. Rule 8, which requires Plaintiff to set forth a claim for relief by a short and plain statement showing that the pleader is entitled to relief and a demand for judgment for the relief the pleader seeks. See Fed. R. Civ. P. Rule 8.

Although the pleading requirement in Fed. R. Civ. P. Rule 8 is a liberal requirement, the Complaint still must meet the requirement by providing fair notice of the claims and their basis. See *In Re Commonwealth Inst'l. Secs., Inc.*, 392 F. 3d 401, 405-06 (6th Cir. 2005). The pleading must contain allegations from which each material element necessary to support a recovery under some cognizable legal theory can be discerned. See *Jordan v. Alternative Res. Corp*, 458 F. 3d 332 (4th Cir. 2006).

In this case, the Complaint contains incoherent sentences which failed to state a claim or demand for judgment for relief. The majority of the statements in the Complaint appear to relate to a foreclosure sale which has already occurred. It appears that the Plaintiff was attempting to seek a Temporary Restraining Order in the Complaint, which this court has already ruled as moot by the Order dated November 9, 2007.

As to the remaining statements in the Complaint, Plaintiff randomly attempts to cite the US Constitution but failed to state some cognizable legal theory. Therefore, Plaintiff not only failed to state a claim against Defendant but the Complaint does not appear to be seeking any judgment or demand.

## **CONCLUSION**

For all of the foregoing reasons, Plaintiff's Complaint should be dismissed.

Respectfully submitted,

/s/ Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2008, a copy of *Memorandum of Law in Support of Defendant Wells Fargo Bank, National Association's Motion to Dismiss for Failure to State a Claim* was filed electronically with the Court and sent via overnight delivery (UPS) to:

James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*

    /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLS FARGO BANK, N.A. )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-01999-HHK |

## **ORDER**

UPON CONSIDERATION of the Defendant Wells Fargo Bank, National Association's, Motion to Dismiss Complaint and Memorandum of Law in Support thereof, any opposition thereto, and good cause having been shown; it is HEREBY:

ORDERED that Defendant Wells Fargo Bank, National Association's Motion to Dismiss be GRANTED; and

ORDERED this case is dismissed.

———————————————————
Judge, United States District Court for the
District of Columbia

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of March, 2008, a copy of the foregoing

*Order* was filed electronically with the Court and sent via overnight delivery (UPS) to:

James G. King, Jr.
105-32 131st Street
P.O. Box 341139
Jamaica, New York  11434
*Plaintiff, Pro se*


   /s/  Rita Ting-Hopper
L. Darren Goldberg #450336
Rita Ting-Hopper #481136
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia 20175
703-777-7101
ritat@drapgold.com
*Counsel for Defendant Wells Fargo Bank, N.A.*