## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **JAMES G. KING JR.,** |
| **Plaintiff,** |
| **v.** |
| **WELLS FARGO BANK,** |
| **Defendant.** |

**Civil Action 07-01999  (HHK)**

## ORDER DIRECTING PLAINTIFF TO RESPOND
## TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss, filed March 19, 2008 [#19].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case."  *Id.* at 509.

Accordingly, it is by the court this 21ˢᵗ day of March 2008 hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before April 21, 2008.  If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge