UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MR. JAMES G. KING -PLAINTIFF

_____
Plaintiff

vs.                                   Civil Action No. 07-01999 (HHK)

WELLS FARGO BANK NA - Defendant
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 15th day of April, 2008, that Plaintiff one, James G. King, Jr.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 14th day of March 2008, 20__

in favor of Defendant (Wells Fargo Bank)

against said Plaintiff (James G. King, Jr.)

_____
mr. James B. King, Jr. (656-7731 U.S. Set)
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Wells Fargo Bank
Attn: Roger Mills
One Home Campus
Des Moines, IA 50328



**RECEIVED**
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT