UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING JR., <br><br>  Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, <br><br>  Defendant. | Civil Action 07-01999 (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss, filed March 19, 2008 [#19].  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case."  *Id.* at 509.

On March 21, 2008, this court issued an order advising plaintiff of the consequences of failing to respond to a dispositive motion [#20].  This order was sent to plaintiff at the following address: "105-32  131st Street, P.O. Box 341139, Jamaica, NY 11420."  This is not plaintiff's address of record.[1]  This mailing was returned as undeliverable.  Plaintiff's address of record is found in his complaint.  *See* LCvR 5.1(e)(1).  According to his complaint,

---

[1] This address contains an inaccurate P.O. Box number and an inaccurate postal zip code.

plaintiff's address is either "105-32 131st Street, P.O. Box 3411039, Jamaica, NY 11434" or "105-32 131st Street, P.O. Box 341193, Jamaica, NY 11434."[2]

Accordingly, it is by the court this 12th day of May 2008, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before June 9, 2008. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b). And it is further

**ORDERED** that the Clerk of Court shall send a copy of this order to the plaintiff at both of the following addresses: "105-32 131st Street, P.O. Box 3411039, Jamaica, NY 11434" and "105-32 131st Street, P.O. Box 341193, Jamaica, NY 11434;" and it is further

**ORDERED** that plaintiff shall, in a written submission, provide the court with his correct address of record on or before June 9, 2008.

                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge

---

[2] Plaintiff provides an address that contains a P.O. Box number of 3411039 in the caption of his Complaint. However, below the signature line of his Complaint, in his accompanying Civil Cover Sheet, and in a subsequent exhibit, plaintiff provides an address that contains a P.O. Box number of 341193.