IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAMES G. KING,JR.-PLAINTIFF

V.

WELLS FARGO BANK,NA            CASE NO. 11:07-CV- 01999-HHK

(DOCUMENT 22 FILED 95-12-08)

PLAINTIFF'S RESPONSE TO ORDER

'ORDERED THAT PLAINTIFF SHALL IN A WRITTEN SUBMISSION

PROVIDE THE COURT WITH HIS CORRECT ADDRESS OF RECORD

ON OR BEFORE JUNE 9,2008.'

COMES NOW PLAINTIFF ,DULY DEPOSED ON THIS THE FIFTH DAY OF JUNE,2008,TO

STATE FOR THE RECORD THE FOLLOWING CORRECT MAILING ADDRESS AND TELEPHONE

NUMBER.    MAILING ADDRESS IS PO BOX #341193, JAMAICA,NEW YORK 11434.AND HIS

TELEPHONE NO (240) 672-3045.

CERTIFICATE OF SERVICE

I,ONE MR. JAMES G.KING,JR . STATES FOR THE RECORD THAT COPIES OF THIS LINE WERE SENT BY

FIRST CLASS UNITED STATES MAIL TO EACH OF THE FOLLOWING PARTIES TO CAUSE:

1. ATTY. RITA TING HOPPER,%L.DARREN GOLDBERG,803 SYCOLIN RD SUITE 301,LEESBURG,VA 20175
2. WELLS FARGO BANK,ATTN:MR. ROGER MILLS,ONE-HOME CAMPUS,DES MOINES,IOWA 50328
3. THE UNITED STATES SUPREME COURT,OFFICE OF THE SOLICITOR GENERAL,AT G56-7731 WASHINGTON,D.C.,20001

RECEIVED
JUN - 5 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT CLERK

SEAL

SIGNATORY  *James G. King, Jr.*

Subscribed and sworn to before me, in my presence,
this 5 day of June 20 08 , a Notary Public
in and for the  State of Maryland .

Notary Public

My commission expires 9/17 20 11

STACY TIMKO
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES 09/17/2011