UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. KING JR.,<br><br>            Plaintiff,<br><br>       v.<br><br>WELLS FARGO BANK,<br><br>            Defendant. | Civil Action 07-01999  (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant's motion to dismiss, filed March 19, 2008 [#19]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

On June 5, 2008, plaintiff filed a notice of change of address with the court [#24]. Accordingly, it is by the court this 17th day of June 2008, hereby

**ORDERED** that the Clerk of Court shall send a copy of this order to the plaintiff at the following address: "P.O. Box 341193, Jamaica, New York 11434." It is

**FURTHER ORDERED** that plaintiff file an opposition to defendant's motion on or before July 11, 2008.  If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.  *See* LCvR 7(b).

                                            Henry H. Kennedy, Jr.
                                            United States District Judge