UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES G. KING JR.,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**WELLS FARGO BANK,**<br><br>　　　　　**Defendant.** | Civil Action 07-01999  (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 24th day of July 2008, hereby

**ORDERED** and **ADJUDGED** that this action is **DISMISSED**.


　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Court